## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 15-11874(KG) |
| HAGGEN HOLDINGS, LLC, *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**," and together with the Schedules, collectively, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors, which were assisted by their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Schedules and Statements (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements have been prepared based on information provided by the Debtors' management and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Haggen Holdings, LLC (7558), Haggen Operations Holdings, LLC (6341), Haggen Opco South, LLC (7257), Haggen Opco North, LLC (5028), Haggen Acquisition, LLC (7687), and Haggen, Inc. (4583). The mailing address for each of the Debtors is 2211 Rimland Drive, Bellingham, WA 98226.

[2] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' remaining Schedules and Statements, as appropriate.

and Statements and inadvertent errors, omissions or inaccuracies may exist. The Debtors and their estates reserve all rights to amend or supplement their Schedules and Statements.

**Reservation of Rights**. Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

**Description of the Cases and "As of" Information Date**. On September 8, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 10, 2015, the Court entered an order [Docket No. 45] jointly administering the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b). All financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date unless otherwise indicated herein or in the Schedules and Statements.

**Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors. Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP. Unlike any consolidated financial statements, the Schedules and Statements, except where otherwise indicated herein or in the Schedules and Statements, reflect the assets and liabilities of each Debtor on a non-consolidated basis, where possible.

**Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Consolidated Entity Accounts Payable and Disbursement Systems**. The Debtors maintain a centralized cash management system (the "**Cash Management System**"). The Debtors maintain the Cash Management System to collect, concentrate, and disburse funds generated from their operations. A more complete description of the Debtors' Cash Management System is set forth in the Motion of the Debtors for Entry of an Order, Pursuant to Sections 105(a), 345, 363 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2015 and Local Rule 2015-2, (A) Authorizing and Approving (I) Continued Use of Cash Management System and (II) Use of Prepetition Bank Accounts and Business Forms, (B) Authorizing Banks Participating in the Cash Management System to Honor Certain Transfers and Charge Certain Amounts, (C) Waiving the Requirements of Section 345(b) on an Interim Basis, (D) Granting Administrative Expense Status to Post-

Petition Intercompany Claims and (E) Granting Related Relief [Docket No. 10] (the "**Cash Management Motion**") filed on the Petition Date.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) current or former directors, officers or persons in control of a Debtor, (b) relatives of current or former directors, officers, or persons in control of a Debtor, (c) a partnership in which a Debtor is a general partner or (d) an affiliate of a Debtor.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 3(c).  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.   **Current Market Value – Net Book Value**.  In many instances, current market valuations are neither maintained by, nor readily available to, the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are not maintained or readily available.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements) and may not reflect the net realizable value.

b.   **First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "**First Day Order**," and collectively, the "**First Day Orders**"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs.  Except to the extent that these parties have claims in excess of the authority granted to the Debtors under the First Day Orders, in certain instances, the Debtors may have not included certain claims of this nature in the Schedules and Statements.

c.   **Setoffs**.  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation,

customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Debtors' Schedules and Statements.  The Debtors and their estates reserve all of their rights with respect to any such setoffs.

d.    **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all of their rights with regard to such credits, allowances and other adjustments, including, without limitation, the right to assert claims objections, setoffs and recoupments with respect to the same.

e.    **Accounts Receivable**.  The accounts receivable information listed on Schedule B includes both billed and unbilled receivables, and is net of allowance for doubtful accounts.

f.    **Leases**.  In the ordinary course of business, the Debtors may lease certain real property, fixtures and equipment from certain third-party lessors for use in the daily operation of their business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

g.    **Entity Classification Issues**.  The Debtors have endeavored in good faith to identify the assets owned by each Debtor, the liabilities owed by each Debtor, and the Debtor that is a counterparty to executory contacts and unexpired leases.  While the Schedules reflect the results of this effort, several factors may impact the ability of the Debtors to precisely assign assets, liabilities, and executory contacts and unexpired leases to particular Debtor entities, including, but not limited to:  (a) certain assets and executory contacts and unexpired leases may be primarily used by a Debtor other than the entity which holds title to such assets or is a party to such executory contact and unexpired lease according to the Debtors' books and records; (b) the Debtor entity that owns or holds title to certain assets or is a party to certain executory contacts and unexpired leases may not be ascertainable given the consolidated manner in which the Debtors have operated their business; (c) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (d) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.  Specifically, in instances where a creditor classification between Debtors Haggen Opco North, LLC

and Haggen Opco South, LLC is unclear, liabilities have been reported at Debtor Haggen Operations Holdings, LLC.

h. **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, the Debtors' executory contracts and unexpired leases have been set forth solely on Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors and their estates reserve any and all rights with respect to the assertion of any such claims.

**Intercompany Claims**.  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables.  Receivables and payables among the Debtors are reported as assets on Schedule B or liabilities on Schedule F as appropriate (collectively, the "**Intercompany Claims**").  While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity.  Intercompany payable and receivable balances are reflective of the book values of such items as of the closing of the Debtors' sixth fiscal period, which was August 13, 2015 (the "**Sixth Period Closing**").  These balances may not reflect off-balance sheet adjustments or material changes that have occurred from such date through the Petition Date.

**Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**.  At the time of the filing of the Schedules and Statements, the Debtors are continuing to reconcile certain accounts payable liabilities.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of the filing of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code or PACA and PASA (as defined at Docket No. 11). Accordingly, the Debtors and their estates reserve all rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code, PACA, or PASA or the

characterization of the structure of any transaction, document or instrument related to any such claim.

**Estimates**.    To timely close the books and records of the Debtors and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.   The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

**Classifications**.    Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "unsecured priority," or (c) on Schedule F as "unsecured non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to recharacterize or reclassify any claim or contract.

**Claims Description**.    Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor and its estate that such amount is not "disputed," "contingent" or "unliquidated."  The Debtors and their estates reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their Schedules on any grounds, including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Listing a claim on the Schedules does not constitute an admission of liability by the Debtors and their estates, and the Debtors and their estates reserve all rights to amend the Schedules.

**Guaranties and Other Secondary Liability Claims**.    Guaranties and other secondary liability claims (collectively, the "**Guaranties**") with respect to the Debtors' contracts and leases may not be included on Schedule H and the Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and similar agreements may exist.   Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

**Schedule B – Personal Property**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in their respective Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.  The Debtors and their estates reserve all of their rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair or otherwise affect the assertion of such claims and causes of action.

Patents, trademarks, and other intellectual property is listed on Schedule B22 as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is

dependent on numerous variables and factors and may differ significantly from the net book value.

Any leasehold improvements and equipment identified on Schedule B29 are listed net of any depreciation.

Ownership interests in businesses, partnerships, and joint ventures (including any subsidiaries) have been listed in Schedules B13 and B14 at net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the listed net book value.

Since the deposit provided for under that certain Final Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, and (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment [Docket No. 275] did not exist as of the Petition Date, the Debtors have not accounted for it on Schedule B.

**Schedule D – Creditors Holding Secured Claims**. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtors and their estates are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in these Global Notes.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to.

**Schedule E – Creditors Holding Unsecured Priority Claims**. The Debtors have not listed on Schedule E any tax and priority employee wage and benefit claims for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtors

believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders.  The Debtors and their estates reserve all rights to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

At the time of the filing of the Schedules and Statements, the Debtors are not able to liquidate individual employee claims for paid time off ("**PTO**").  As a result, no such claims have been listed in the Schedules.  The Debtors will supplement the Schedules at a later date for PTO liability as is necessary or appropriate.

**Schedule F – Creditors Holding Unsecured Non-Priority Claims**.  Certain creditors listed on Schedule F may owe amounts to the Debtors; as such, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule F.  Also, the amounts listed on Schedule F reflect known prepetition claims as of Petition Date.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.  The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

As noted above, certain claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, PACA or PASA, and the Debtors and their estates reserve all rights with respect to any such claims.

Schedule F contains certain information regarding pending litigation involving the Debtors.  The amounts for these potential claims are listed as unknown or undetermined, contingent, unliquidated and disputed in the Schedules.

The Debtors have used commercially reasonable efforts to include all creditors on Schedule F; however, the Debtors believe that there are instances in which vendors have yet to provide proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such may not have been included on Schedule F.

The Debtors may not have listed on Schedule F certain (but not all) unsecured non-priority employee wage or benefit claims, claims related to customer programs, claims related to vendors, or claims related to the Debtors' insurance programs for which the Debtors have been granted authority (but not direction) to pay pursuant to a First Day Order.  The Debtors believe that such claims have been, or will be, satisfied in the ordinary course of business during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders.  The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule F are entitled to priority claims.

**Schedule G – Executory Contracts and Unexpired Leases**.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.  Given the voluminous number of contracts, leases and other

agreements to which the Debtors are a party, the Debtors' review with respect to Schedule G is ongoing, and the Debtors anticipate amending Schedule G at a later date to add contracts, leases and agreements.  In the ordinary course of business, the Debtors enter into various agreements with their customers and vendors.  The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements which may not be set forth in Schedule G.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease and, as noted above, the Debtors anticipate amending Schedule G at a later date.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtors are a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtors, due to the voluminous number of such contracts, leases and agreements, were unable to list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all of their rights to:  (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor entity is a counterparty to the agreement.

## NOTES FOR STATEMENTS

**Statement 3b**.  Statement 3b includes any disbursement or other transfer made by that particular Debtor, except for those made to insiders, employees, and bankruptcy professionals.  The amounts listed in Statement 3b reflect that Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3b.  All disbursements listed on Statement 3b were made by that particular Debtor.

**Statement 3(c) and 23**.  As previously set forth herein and in more detail in the Cash Management Motion, the Debtors maintain a centralized cash management system.  As a result, during the year preceding the Petition Date, certain payments may have been made to insiders of each of the Debtors by one or more of the other Debtors, and some of these payments may have been for the benefit of another Debtor.  These payments are listed on Statement 3(c) and 23 for the Debtor making the payment, even if the payment was made to or for the benefit of an insider

of another Debtor.  To ascertain information relating to all payments that were made to insiders, Statement 3(c) and 23 for all of the Debtors should be consulted.  Individual payments to Debtor affiliates are not reflected in Statement 3(c) due to their complexity and voluminous nature.  Current inter-company payables and receivables can be found on Schedules B and F, and represent the aggregate of transfers among affiliate entities as of the Sixth Period Closing.

**Statement 4(a)**.  The Debtors and their estates reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such suits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities or that the actions or proceedings were correctly filed against the Debtors.  The Debtors and their estates reserve all rights to assert that the Debtors are not an appropriate party to such actions or proceedings.  The Debtors may not have included on Statement 4(a) certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Statement 9**.  Debtor Haggen Operations Holdings LLC made payments on behalf of all of the Debtors to various professionals for restructuring services.  The payments listed in Statement 9 are generally only for restructuring-related services.  The Debtors may have made other payments to the listed professionals for non-bankruptcy related services, but these payments are not listed in Statement 9.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court

District Of Delaware

In re   Haggen, Inc.                                    ,          Case No. 15-11879 (KG)
                    Debtor

                                                                  Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $         0.00 | | |
| B - Personal Property | Yes | 16 | $    63,702,518.11 <br> + Undetermined Amounts | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $      201,560,347.87 <br> + Undetermined Amounts | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 106 | | $    28,951,803.13 <br> + Undetermined Amounts | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $        N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $        N/A |
| **TOTAL** | | 133 | $    63,702,518.11 <br> + Undetermined Amounts | $    230,512,151.00 <br> + Undetermined Amounts | |

B6A (Official Form 6A) (12/07)

In re   **Haggen, Inc.**                                                ,          Case No.   15-11879 (KG)
                        **Debtor**                                                                      **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ► | $ 0.00 | |

(Report also on Summary of Schedules.)

In re  Haggen, Inc.                                                      ,                    Case No.  15-11879 (KG)
                        **Debtor**                                                                        (If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | See attached rider | | $294,273.28 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | | See attached rider | | $3,608,505.36 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Haggen, Inc.**                                        ,                    Case No. **15-11879 (KG)**
                              **Debtor**                                                                                                (If known)

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached rider | | $8,452,783.88 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached rider | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  **Haggen, Inc.**                                              ,          Case No. **15-11879 (KG)**
　　　　　　　　　　　　　**Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | See attached rider | | $6,996,371.48 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Net Autos | | $185,798.72 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Net Office Furniture | | $43,536.98 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached rider | | $11,023,400.34 |
| 30. Inventory. | | See attached rider | | $22,868,860.24 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See attached rider | | $10,228,987.83 |

_____2_____ continuation sheets attached      Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

$ 63,702,518.11
+ Undetermined Amounts

**In re: Haggen, Inc.**                                      **Case No. 15-11879 (KG)**

## SCHEDULE B PERSONAL PROPERTY
### Rider B.1 - Cash On Hand

| Description | Book Value |
|---|---|
| Cash on Hand as of 9/5/2015 - Haggen Store # - 11 | $13,780.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 15 | $16,573.50 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 17 | $18,980.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 25 | $11,591.28 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 29 | $19,130.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 43 | $16,230.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 47 | $17,435.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store - 53 | $21,480.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 55 | $16,480.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 57 | $17,880.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 61 | $13,000.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 63 | $17,480.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 67 | $20,730.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 69 | $14,980.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 71 | $14,230.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 73 | $2,613.50 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 77 | $12,730.00 |
| Cash on Hand as of 9/5/2015 - Haggen Store # - 79 | $14,750.00 |
| Cash on Hand as of 9/5/2015 - Top Food Store # - 75 | $14,200.00 |

TOTAL  $294,273.28

**In re: Haggen, Inc.**                                    **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.2 - Checking, Savings Or Other Financial Accounts, Cds, Or Shares In Banks Or Similar

| Description | Book Value |
|---|---:|
| BMO Harris Bank - Operating Account - x971-2 - Balance as of 9/8/2015 | $900,113.95 |
| BMO Harris Bank - Operating Account - x972-0 - Balance as of 9/8/2015 | $1,731,624.22 |
| BMO Harris Bank - Restricted Account - x517-8 - Balance as of 9/8/2015 | $4,500.00 |
| Solutran/Lake Region Bank - Operating Account - x6526-F - Balance as of 9/8/2015 | $9,099.48 |
| US Bank - Disbursement Account - x6131 - Balance as of 9/8/2015 | $402,636.13 |
| US Bank - Operating Account - x6123 - Balance as of 9/8/2015 | $560,531.58 |

TOTAL     $3,608,505.36

**In re: Haggen, Inc.**                                                    **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| AIG SPECIALTY INS CO | Directors & Officers / Employment Practices Liability / Fiduciary Liability | 01-614-48-77 | Undetermined |
| AIG SPECIALTY INS CO | Network Security/Privacy | 3206661 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY | Property | 030943581A | Undetermined |
| ALLIED WORLD NATIONAL ASSURANCE COMPANY | Excess | 0306-4555 | Undetermined |
| ALLIED WORLD NATIONAL ASSURANCE COMPANY | Pollution Legal Liability | 0309-4354 | Undetermined |
| ALTERRA EXCESS AND SURPLUS INSURANCE | Property | MKLS11XP002872 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | AF50620477 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 9718926 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 9718977 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 87055517052015 | Undetermined |
| AMERICAN BANKERS INSURANCE CO | Flood | 87055553802015 | Undetermined |
| ASPEN SPECIALTY INSURANCE COMPANY | Property | PRAF4UG15 | Undetermined |
| CHUBB CUSTOM INSURANCE CO | Property | 4473438300 | Undetermined |
| COLONY INSURANCE COMPANY | Property | XP262606 | Undetermined |
| COLUMBIA CASUALTY CO | Pharmacy Liability | HMA 4032224458-0 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY | Property | CPN10006455400 | Undetermined |
| GEMINI INS CO | Side A Directors & Officers | 18014856 | Undetermined |
| GENERAL SECURITY INDEMNITY COMPANY | Property | T0234451501743 | Undetermined |
| GREAT AMERICAN FIDELITY INSURANCE | Property | CPP461467200 | Undetermined |
| GREENWICH INSURANCE CO | General/Products Liabilty | RGE3000708 | Undetermined |
| GREENWICH INSURANCE CO | Liquor Liability (Part Of GI) | RGE3000708 | Undetermined |
| GREENWICH INSURANCE CO | Automobile | RAG9437737 | Undetermined |
| HOUSTON CASUALTY CO | Excess Directors & Officers | 14-MG-15-A12278 | Undetermined |
| HUDSON SPECIALTY INSURANCE COMPANY | Property | HCS101110 | Undetermined |
| HUDSON SPECIALTY INSURANCE COMPANY | Property | HCS101111 | Undetermined |
| LANDMARK AMERICAN INSURANCE COMPANY | Property | LHD391029 | Undetermined |
| LIBERTY INS UNDERWRITERS INC | Excess Directors & Officers | DONYAA318D001 | Undetermined |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH | Crime | 01-593-23-77 | Undetermined |
| SAFETY NATIONAL CASUALTY CORP | Workers Compensation Bond | SIB2995WA | Undetermined |
| SAFETY NATIONAL CASUALTY CORPORATION | Excess Workers Compensation (State Of WA) | AGC4052642 | Undetermined |
| SCOTTSDALE INSURANCE COMPANY | Property | AJS0000173 | Undetermined |
| SOMPO JAPAN INSURANCE COMPANY | Property | PEP48175A0 | Undetermined |

**In re: Haggen, Inc.**                                                                                   **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| STARR INDEMNITY & LIAB CO | Excess Directors & Officers | SISIXFL21208615 | Undetermined |
| STARR SURPLUS LINES INSURANCE COMPANY | Property | SLSTPTY10713915 | Undetermined |
| WESTCHESTER FIRE INS CO | Excess Directors & Officers/Employment Practices Liability | G27559980 001 | Undetermined |
| WRIGHT NATIONAL  FLOOD | Flood | 461150684675 | Undetermined |
| WRIGHT NATIONAL  FLOOD | Flood | 46115064246004 | Undetermined |
| XL INSURANCE AMERICA, INC | Equipment Breakdown | US00070229PR15A | Undetermined |
| XL INSURANCE AMERICA, INC | Workers Compensation (All Other States Except Wa) | RWD3000708 | Undetermined |
| XL INSURANCE AMERICA, INC | Umbrella | US00070232LI15A | Undetermined |
| LLOYDS OF LONDON | Network Security/Privacy | W17CDB150101 | Undetermined |

TOTAL    Undetermined

**In re: Haggen, Inc.**                                                            **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.16 - Accounts Receivable

| Description | Book Value |
| --- | --- |
| Intercompany Receivable due from Haggen Holdings, LLC | $375,860.00 |
| Intercompany Receivable due from Haggen Operations Holdings, LLC | $1,666,872.00 |
| Net Accounts Receivable | $6,410,051.88 |

TOTAL    $8,452,783.88

SCHEDULE B - PERSONAL PROPERTY
Rider B22 - Patents, Copyrights, and Other Intellectual Property

## REGISTERED U.S. SERVICE MARKS: 7

| MARK | SERVICES | REG. DATE | REG. NUMBER | NEXT DEADLINE |
|------|----------|-----------|-------------|---------------|
| C.A.R.D. | Class 35:  Retail grocery stores featuring a discount card program, consumer sweepstakes, and incentive award programs; promoting the goods and services of others through the distribution of discount membership cards | Jul 20 1999 | 2262455 | Jul 20 2019: Renewal |
| C.A.R.D. | Class 42:  Security services, namely, the assignment of membership identification numbers to affix to valuables and to attach to key rings to facilitate their recovery following loss or theft | Nov 9 1999 | 2290878 | Nov 9 2019: Renewal |
| F8 | Class 33:  Wine | Aug 12 2014 | 4584329 | Aug 12 2020: Registration maintenance |
| HAGGEN | Class 35:  Retail grocery store services | Aug 14 2001 | 2478119 | Aug 14 2021: Renewal |
|  | Class 35:  Retail grocery store services; retail pharmacy and drug store services; retail bakery; retail delicatessen; retail shop featuring flowers; retail store services featuring a wide variety of packaged, prepared and fresh food and beverages | Oct 21 2008 | 3519493 | Oct 21 2018: Renewal |
| LET FATE TEMPT YOU | Class 33:  Wine | May 27 2014 | 4540453 | May 27 2020: Registration maintenance |
| NORTHWEST FRESH | Class 35:  Retail grocery store services; retail pharmacy and drug store services; retail bakery; retail shop featuring flowers; retail store services featuring a wide variety of packaged, prepared and fresh food and beverages | Oct 16 2012 | 4227151 | Oct 16 2018: Registration maintenance |

In re: Haggen, Inc.

SCHEDULE B - PERSONAL PROPERTY
Rider B22 - Patents, Copyrights, and Other Intellectual Property

**REGISTERED STATE SERVICE MARKS: 16**

### OREGON

| MARK | SERVICES | REG. DATE | REG. NUMBER | NEXT DEADLINE |
|------|----------|-----------|-------------|---------------|
| MARKET STREET CAFÉ | State Class 135 and 142:  Retail grocery store services; retail grocery stores featuring a discount card program, consumer contests, sweepstakes, games and incentive award programs; promoting the goods and services of others through discount cards | Mar 7 2002 | 35720 | Mar 7 2017: Renewal |
| MARKET STREET CATERING | State Class 135 and 142:  Retail grocery store services; carry out and off premise catering food service; promotion of goods and services; delivery services | Mar 7 2002 | 35721 | Mar 7 2017: Renewal |
| SPLASH | State Class 135:  Retail grocery, pharmacy and drug store services, retail bakery, delicatessen, retail flower shop, wide variety of packaged, prepared and fresh food and beverages, retail coffee shop, fresh fruits, vegetables, produce, nuts, herbs, hops, edible oils, seafood, poultry, beer, wine, cheese | Jul 22 2008 | 40519 | Jul 22 2018: Renewal |
| Design (SPLASH otter character) | State Class 135:  Retail grocery, pharmacy and drug store services, retail bakery, delicatessen, retail flower shop, wide variety of packaged, prepared and fresh food and beverages, retail coffee shop, fresh fruits, vegetables, produce, nuts, herbs, hops, edible oils, seafood, poultry, beer, wine, cheese | Jul 22 2008 | 40518 | Jul 22 2018: Renewal |
| WHERE YOUR BEST MEALS BEGIN | State Class 135:  Retail grocery store services; retail pharmacy and drug store services; retail bakery; retail delicatessen; retail shop featuring flowers; retail store services featuring a wide variety of packaged, prepared and fresh food and beverages; online retail shop featuring umbrellas, computer bags, coffee cups, lunch boxes, calculators, pens and pencils, clothing | Aug 1 2006 | 39367 | Aug 1 2016: Renewal |

In re: Haggen, Inc.

SCHEDULE B - PERSONAL PROPERTY
Rider B22 - Patents, Copyrights, and Other Intellectual Property

## WASHINGTON

| MARK | SERVICES | REG. DATE | REG. NUMBER | NEXT DEADLINE |
|---|---|---|---|---|
| MARKET STREET CAFÉ | Class 35: Food service, food preparation and service of food, delivery, food court, retail grocery store services | Mar 6 2008 | 30405 | Mar 6 2018: Renewal |
| MARKET STREET CATERING | Class 35: Food service, carry out and off premise catering, promotion of goods and services, retail grocery store services, delivery | Mar 6 2003 | 30404 | Mar 6 2018: Renewal |
| SCHOOL BUCKS | Class 36: Charitable fund-raising | Nov 4 2013 | 56435 | Nov 4 2018: Renewal |
| SPLASH | Class 35: Retail grocery store, pharmacy, drug store, bakery, delicatessen, florist, and retail store selling a variety of packaged, prepaid and fresh food and beverages, and retail coffee shop | Jul 21 2008 | 52766 | Jul 21 2018: Renewal |
| SPLASH | Class 41: Entertainment in the nature of performances by a mascot or costumed character | Jul 21 2008 | 52765 | Jul 21 2018: Renewal |
| TOP | Class 35: Retail grocery store, pharmacy, drug store, bakery, delicatessen, flower shop, retail store selling packaged, prepared and fresh food and beverages, and on-line retail shop | Jan 22 2008 | 52369 | Jan 22 2018: Renewal |
| TOP FOOD & DRUG CONNECTION | Class 35: Retail grocery store services, arranging and conducting incentive reward programs to promote the sale of groceries | Sep 23 2008 | 52885 | Sep 23 2018: Renewal |
| TOP FOODS | Class 42: Grocery store, variety and fast food service | Apr 14 2008 | 13360 | Apr 14 2018: Renewal |
| WHERE YOUR BEST MEALS BEGIN | Class 35: Retail grocery store services, retail pharmacy and drug store services, retail bakery, retail delicatessen, retail shop featuring flowers, retail store services featuring a wide variety of packaged, prepared and fresh food and beverages, online retail shop featuring umbrellas, computer bags, coffee cups, lunch boxes, calculators, pens and pencils, clothing | Jul 27 2006 | 51030 | Jul 27 2016: Renewal |

In re: Haggen, Inc.

SCHEDULE B - PERSONAL PROPERTY
Rider B22 - Patents, Copyrights, and Other Intellectual Property

## HAGGEN LICENSES THE FOLLOWING TRADEMARKS FROM BRIAR DEVELOPMENT COMPANY LLP

| MARK | GOODS / SERVICES | REG. NO. | REG. DATE | STATUS |
|------|------------------|----------|-----------|--------|
| TERRAVIDA COFFEE | Class 35: Retail store services featuring beverage containers, coffeepots, teapots, canisters, food, beverages, coffee and espresso makers, coffee grinders and accessories for making coffee and tea. | Jan 10 2006 | 3042449 | Jan 10 2016: Renewal |
| TERRAVIDA COFFEE | Class 30: Coffee, coffee beans, tea, hot chocolate, cocoa, candy mints, candy, chocolate and pastries | May 24 2005 | 2955663 | May 24 2015: Renewal |
| TERRAVIDA COFFEE | Class 43: Coffee shop services | May 24 2005 | 2955662 | May 24 2015: Renewal |
| TERRAVIDA COFFEE | Class 21: Mugs, thermal insulated containers for food or beverage, drinking glasses, coffeepots not of precious metal, teapots not of precious metal, and canisters | Oct 4 2005 | 3005205 | Oct 4 2015: Renewal |

4

035788/09000/61009799v1

**In re: Haggen, Inc.**                                          **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.24 - Customer Lists Or Other Compilations Containing Personally Identifiable Information

| Description | Book Value |
|---|---|
| Net Intangible RX Scripts and Covenants | $6,996,371.48 |

|  | TOTAL | $6,996,371.48 |
|---|---|---|

**In re: Haggen, Inc.**                                                    **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.29 - Machinery, Fixtures, Equipment, And Supplies Used In Business

| Description | Book Value |
|---|---|
| Net PC, Software, Electronic | $2,817,006.93 |
| Net Store Fixtures and Equipment | $8,206,393.41 |
| TOTAL | $11,023,400.34 |

**In re: Haggen, Inc.**                                          **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.30 - Inventory

| Description | Book Value |
|---|---|
| Barkley | $1,784,882.06 |
| Burlington | $1,291,374.12 |
| Fairhaven | $860,551.00 |
| Ferndale | $1,617,983.21 |
| Grays Harbor | $638,051.96 |
| Haggen Distribution Center | $1,511,572.33 |
| Lake Stevens | $1,078,513.08 |
| Lake Tapps | $1,595,526.59 |
| Madrona | $249,682.59 |
| Marysville | $1,113,692.54 |
| Meridian | $1,156,438.05 |
| Mount Vernon | $1,719,442.59 |
| Olympia | $1,454,948.03 |
| Oregon City | $1,139,184.14 |
| Puyallup | $1,440,439.04 |
| Sehome | $1,022,182.29 |
| Snohomish | $1,321,741.61 |
| Stanwood | $1,247,250.10 |
| Woodinville | $1,667,567.91 |
| LIFO Reserve | ($1,042,163.00) |

|  | TOTAL | $22,868,860.24 |
|---|---|---|

**In re: Haggen, Inc.**                                                  **Case No. 15-11879 (KG)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.35 - Other Personal Property Of Any Kind Not Already Listed

| Description | Book Value |
|---|---|
| Deferred Charges | $693,433.34 |
| Net Leasehold Improvements | $6,792,612.26 |
| Other Miscellaneous Investments | $492,229.00 |
| Prepaid Rent, Insurance and Other Expenses | $2,250,713.23 |

| | |
|---|---|
| TOTAL | $10,228,987.83 |

In re __Haggen, Inc._____,          Case No.___15-11879 (KG)_____
              **Debtor**                                                             **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CITIBANK N.A.<br>153 EAST 53RD STREET<br>21ST FLOOR<br>NEW YORK, NY 10022 | | | UCC Lien - Filing # 201222146945<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br>DEPARTMENT OF LICENSING<br>NOTARY PUBLIC SECTION<br>PO BOX 9048<br>OLYMPIA, WA 98507-9048 | | | Contingent Bond Beneficiary re: bond #CMS238646<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br>DEPT LABOR & INDUSTRIES<br>STATE OF WASHINGTON<br>525 E COLLEGE WAY STE H<br>MT VERNON, WA 98273 | | | Contingent Bond Beneficiary re: bond #SIB2995WA<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| _2_ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 0.00 | $0.00 |
| | | | Total ▶<br>(Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  Haggen, Inc._____,      Case No.  15-11879 (KG)_____
           **Debtor**                                           **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | X | | Subordinated Loan Agreement;<br>Secured by a Subordinated Second Lien on Borrowers' Personal Property<br>VALUE $ Undetermined | X | X | | $25,000,000.00 | Undetermined |
| ACCOUNT NO.<br><br>HARRIS N.A.<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 | | | UCC Lien - Filing # 201107094293<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>200 CONNELL DRIVE<br>BERKELEY HEIGHTS, NJ 7922 | | | UCC Lien - Filing # 201226440612<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>KEYBANK N.A.<br>700 5TH AVENUE<br>48TH FLOOR<br>P.O. BOX 90<br>SEATTLE, WA 98111 | | | UCC Lien - Filing # 2000-3180573<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>NESTLE DREYER'S ICE CREAM COMPANY<br>5929 COLLEGE AVENUE<br>OAKLAND, CA 94618 | | | UCC Lien - Filing # 201135579915<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

                Subtotal (s)▶       | $ 25,000,000.00 | $0.00 |
(Total(s) of this page)

                Total(s) ▶        | $ | $ |
(Use only on last page)

              (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Haggen, Inc._____,          Case No.   15-11879 (KG)_____
            **Debtor**                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above*.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  | Prepetition Credit Facility; Secured by Substantially all of the Borrowers' Assets |  |  |  | $176,560,347.87 | Undetermined |
| PNC BANK, NATIONAL ASSOCIATION 500 FIRST AVENUE PITTSBURGH, PA 15219 | X |  |  | X | X |  |  |  |
|  |  |  | VALUE $ Undetermined |  |  |  |  |  |
| ACCOUNT NO. |  |  | UCC Lien - Filing # 201504303073 |  |  |  | Undetermined | Undetermined |
| PNC BANK, NATIONAL ASSOCIATION 500 FIRST AVENUE PITTSBURGH, PA 15219 |  |  |  | X | X | X |  |  |
|  |  |  | VALUE $ Undetermined |  |  |  |  |  |
| ACCOUNT NO. |  |  | UCC Lien - Filing # 200904035881 |  |  |  | Undetermined | Undetermined |
| UNIFIED GROCERS, INC 3301 SO. NORFOLK STREET SEATTLE, WA 98118 |  |  |  | X | X | X |  |  |
|  |  |  | VALUE $ Undetermined |  |  |  |  |  |
| ACCOUNT NO. |  |  | UCC Lien - Filing # 201402993239 |  |  |  | Undetermined | Undetermined |
| WELLS FARGO FINANCIAL LEASING, INC. 800 WALNUT STREET MAC N005-044 DES MOINES, IA 50309 |  |  |  | X | X | X |  |  |
|  |  |  | VALUE $ Undetermined |  |  |  |  |  |
| ACCOUNT NO. |  |  |  |  |  |  |  |  |
|  |  |  | VALUE $ |  |  |  |  |  |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

| $ 176,560,347.87 | $0.00 |
|---|---|

Total(s) ►
(Use only on last page)

| $ 201,560,347.87 + Undetermined Amounts | $0.00 + Undetermined Amounts |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6E (Official Form 6E) (04/13)**

In re   Haggen, Inc.                                    ,          Case No. 15-11879 (KG)
                      **Debtor**                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    [x]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

    [ ]   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

    [ ]   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

    [ ]   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

    [ ]   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (04/13) – Cont.

In re  Haggen, Inc.                                    ,              Case No. 15-11879 (KG)
                    Debtor                                                              (if known)

☐    **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

 0  continuation sheets attached

In re   Haggen, Inc.                                    ,            Case No. 15-11879 (KG)
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1313 COOPER POINT VENTURE LLC<br>C/O JACKSON SQUARE MANAGEMENT<br>ONE EMBARCADERO CTR STE 2820<br>SAN FRANCISCO, CA 94111 | | | Trade Payable | | | | $73,125.00 |
| ACCOUNT NO.<br><br>18TH AVENUE PASTA CO INC.<br>619 STRANDER BLVD.<br>TUKWILA, WA 98188 | | | Trade Payable | | | | $253.44 |
| ACCOUNT NO.<br><br>AABLE SAFETY CLEAN<br>PO BOX 3400<br>REDMOND, WA 98073-3400 | | | Trade Payable | | | | $4,168.08 |

  105  continuation sheets attached

Subtotal ▶  $ 77,546.52

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                    ,          Case No.  **15-11879 (KG)**
                 Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ABANDONED ART PHOTOGRAPHY<br>7421 146TH STREET CT E<br>PUYALLUP, WA 98375-7090 | | | Trade Payable | | | | $0.65 |
| ACCOUNT NO.<br><br>ACCESS<br>PO BOX 4837<br>HAYWARD, CA 94540-4837 | | | Trade Payable | | | | $15,818.90 |
| ACCOUNT NO.<br><br>ACKERMAN, DONNA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ACTION CLEANING SERVICES<br>2009 IRON ST<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $1,930.00 |
| ACCOUNT NO.<br><br>ADVANTAGE SALES & MARKETING<br>ATTN: HENRY MARK<br>PO BOX 23139<br>PORTLAND, OR 97224-3139 | | | Trade Payable | | | | $600.00 |

Sheet no. _1_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 18,349.55

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                    ,          Case No.  **15-11879 (KG)**
_____              _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AIRGAS DRY ICE - DALLAS<br>PO BOX 951873<br>DALLAS, TX 75395-1873 | | | Trade Payable | | | | $11,154.94 |
| ACCOUNT NO.<br>AJW DELIVERY<br>10128 62ND DR. NE<br>MARYSVILLE, WA 98270 | | | Trade Payable | | | | $200.00 |
| ACCOUNT NO.<br>AKROTERI FOODS LLC<br>1219 CORNWALL AVE<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $874.20 |
| ACCOUNT NO.<br>ALADDIN SPECIALTY FOOD<br>PO BOX 2199<br>BEAVERTON, OR 97075 | | | Trade Payable | | | | $628.50 |
| ACCOUNT NO.<br>ALBERT USTER IMPORTS, INC<br>PO BOX 770<br>LAITHERSBURG, MD 20884-0770 | | | Trade Payable | | | | $792.40 |
| ACCOUNT NO.<br>ALL SAINTS CATHOLIC SCHOOL<br>504 2ND ST. SW<br>PUYALLUP, WA 98371 | | | Trade Payable | | | | $3.68 |

Sheet no.  _2_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 13,653.72

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____,        Case No.  15-11879 (KG)_____
              **Debtor**        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALPHA DISTRIBUTING/GROCERY<br>22477 72ND AVENUE SOUTH<br>KENT, WA 98032 | | | Trade Payable | | | | $455.43 |
| ACCOUNT NO.<br><br>ALPHA MEDIA LLC<br>1211 SW 5TH AVE SUITE 600<br>PORTLAND, OR 92704 | | | Trade Payable | | | | $10,000.00 |
| ACCOUNT NO.<br><br>AMAYA, REBEKAH<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>AMERICAN GREETINGS CORP<br>PO BOX 676701<br>DALLAS, TX 75267-6701 | | | Trade Payable | | | | $71,201.89 |
| ACCOUNT NO.<br><br>ANDA INC.<br>PO BOX 930219<br>ATLANTA, GA 31193-0219 | | | Trade Payable | | | | $42,370.27 |
| ACCOUNT NO.<br><br>ANDERSON, JESSICA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  _3_ of  _105_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal ▶ | $ 124,027.59

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**_____,        Case No.___**15-11879 (KG)**_____
                        **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ANHEUSER BUSCH NA/USED TO BE K&L DIST <br> 3215 LIND AVE SW <br> RENTON, WA 98057 | | | Trade Payable | | | | $1,035.36 |
| ACCOUNT NO. <br> APOTHECARY PRODUCTS INC <br> PO BOX 856810 <br> MINNEAPOLIS, MN 55485-6810 | | | Trade Payable | | | | $323.13 |
| ACCOUNT NO. <br> APPLES TO GO <br> 19410 HWY 99 STE A-134 <br> LYNNWOOD, WA 98036 | | | Trade Payable | | | | $6,275.50 |
| ACCOUNT NO. <br> APPLIED DIGITAL IMAGING <br> 1803 N STATE ST <br> BELLINGHAM, WA 98225 | | | Trade Payable | | | | $13,002.13 |
| ACCOUNT NO. <br> ARCTIC COMMERCIAL REFRIGERATION <br> PO BOX 80746 <br> SEATTLE, WA 98108-0746 | | | Trade Payable | | | | $1,614.67 |
| ACCOUNT NO. <br> ARMORED CAR <br> ADDRESS ON FILE | | | Trade Payable | X | | | $11,396.61 |

Sheet no.__4_of__105__continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 33,647.40

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,        Case No.___**15-11879 (KG)**_____
                                  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARTS & ACADEMICS ACADEMY <br> 830 SW 116TH STREET <br> SEATTLE, WA 98146 | | | Trade Payable | | | | $0.03 |
| ACCOUNT NO. <br><br> AT & T <br> PO BOX 5019 <br> CAROL STREAM, IL 60197-5019 | | | Trade Payable | | | | $22,063.58 |
| ACCOUNT NO. <br><br> ATEB INC <br> PO BOX 890231 <br> CHARLOTTE, NC 28289-0231 | | | Trade Payable | | | | $2,062.78 |
| ACCOUNT NO. <br><br> AUBURN RIVERSIDE HIGH SCHOOL <br> 5221 168TH STREET SW <br> LYNNWOOD, WA 98037 | | | Trade Payable | | | | $5.75 |
| ACCOUNT NO. <br><br> AVENUE BREAD & DELI <br> 2020 HUMBOLDT ST <br> BELLINGHAM, WA 98225 | | | Trade Payable | X | X | | $711.73 |
| ACCOUNT NO. <br><br> AVENUE BREAD & DELI <br> 2020 HUMBOLDT ST <br> BELLINGHAM, WA 98225 | | | Trade Payable | X | X | | $8,695.85 |

Sheet no. _5_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 33,539.72

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                    ,          Case No.   **15-11879 (KG)**
                    Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BACH BROTHERS INC - HOBART<br>5759 SE INTERNATIONAL WY<br>PORTLAND, OR 97222 | | | Trade Payable | | | | $932.85 |
| ACCOUNT NO.<br><br>BAHNMILLER BERRY FARM<br>28528 FERN BLUFF RD<br>MONROE, WA 98272 | | | Trade Payable | | | | $1,581.25 |
| ACCOUNT NO.<br><br>BAKER COMMODITIES INC<br>PO BOX 58368<br>SEATTLE, WA 98138 | | | Trade Payable | | | | $4,493.25 |
| ACCOUNT NO.<br><br>BAKER, VIRGINIA<br>ADDRESS ON FILE | | | Trade Payable | | | | $588.00 |
| ACCOUNT NO.<br><br>BALDASAR, DIANNE<br>5566 COQUITCOLAM DRIVE<br>BLAINE, WA 98230 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARBIES BERRIES<br>RANDY & BARB KRAGHT<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $11,814.50 |

Sheet no.  _6_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 19,409.85

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____ ,          Case No. **15-11879 (KG)** _____
                    Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BARGREEN/ELLINGSON <br> LOCKBOX # 310055 <br> PO BOX 94328 <br> SEATTLE, WA 98124-6628 | | | Trade Payable | | | | $2,336.87 |
| ACCOUNT NO. <br><br> BARKLEY VILLAGE PARTNERS <br> 2200 RIMLAND DRIVE #250 <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $180,207.66 |
| ACCOUNT NO. <br><br> BATDORF & BRONSEN COFFEE ROASTERS <br> 200 MARKET ST NE <br> OLYMPIA, WA 98501 | | | Trade Payable | | | | $1,590.60 |
| ACCOUNT NO. <br><br> BAVARIAN MEAT PRODUCTS <br> 2934 WESTERN AVE <br> SEATTLE, WA 98121 | | | Trade Payable | | | | $765.50 |
| ACCOUNT NO. <br><br> BEAUTY INNOVATORS <br> 4410 SOUTH 8TH ST <br> TACOMA, WA 98405 | | | Trade Payable | | | | $13,273.29 |
| ACCOUNT NO. <br><br> BELLEWOOD ACRES INC <br> 6140 GUIDE MERIDIAN <br> LYNDEN, WA 98226 | | | Trade Payable | | | | $16,403.11 |

Sheet no. _7_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 214,577.03

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Haggen, Inc.** _____ ,          Case No. __15-11879 (KG)_____
                         Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BELLINGHAM AUTOMOTIVE <br> 4116 HANNEGAN ROAD <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $2,669.73 |
| ACCOUNT NO. <br><br> BELLINGHAM BAY COFFEE ROASTERS <br> PO BOX 30765 <br> BELLINGHAM, WA 98228 | | | Trade Payable | | | | $2,006.25 |
| ACCOUNT NO. <br><br> BELLINGHAM HERALD ADVERTISING <br> ADVERTISING ACCT 22120 <br> BELLINGHAM, WA 98225-5024 | | | Trade Payable | | | | $32,086.36 |
| ACCOUNT NO. <br><br> BELLINGHAM PASTA CO <br> 100 N COMMERCIAL ST <br> BELLINGHAM, WA 98225 | | | Trade Payable | | | | $3,565.20 |
| ACCOUNT NO. <br><br> BELLINGHAM WEDDING AND EVENT RENTALS <br> 1971 MIDWAY LANE STE E <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $9,282.27 |
| ACCOUNT NO. <br><br> BENCH CRAFT CO <br> ADDRESS ON FILE | | | Trade Payable | | | | $395.00 |

Sheet no. _8_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 50,004.81

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,  Case No. __15-11879 (KG)_____
      **Debtor**                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BENTOLOGY <br> 500 CHESTNUT STREET <br> SUITE 225 <br> SANTA CRUZ, CA 95066 | | | Trade Payable | | | | $7,878.96 |
| ACCOUNT NO. <br><br> BERGEN & CO <br> 4003 IRONGATE RD <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $65.22 |
| ACCOUNT NO. <br><br> BERNAL, BLANCA <br> C/O HENDERSON LAW GROUP <br> PO BOX 11069 <br> OLYMPIA, WA 98508 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BEST WESTERN-LAKEWAY INN <br> 714 LAKEWAY DR <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $210.34 |
| ACCOUNT NO. <br><br> BETTER PLANET BRANDS <br> PO BOX 63845 <br> CINCINNATI, OH 45263-8645 | | | Trade Payable | | | | $8,080.94 |
| ACCOUNT NO. <br><br> BIG LAKE ELEMENTARY <br> 801 TRAIL ROAD <br> SEDRO WOOLLEY, WA 98284 | | | Trade Payable | | | | $48.60 |

Sheet no. _9_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 16,284.06

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No. __15-11879 (KG)_____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIMBO BAKERIES USA INC<br>LOCKBOX 4254<br>PO BOX 644254<br>PITTSBURGH, PA 15264-4254 | | | Trade Payable | | | | $187,782.30 |
| ACCOUNT NO.<br><br>BIO-TECH PHARMACAL INC<br>PO BOX 1927<br>FAYETTEVILLE, AR 72702 | | | Trade Payable | | | | $143.55 |
| ACCOUNT NO.<br><br>BITE FUEL LLC<br>402 BEAVERCREEK RD<br>SUITE 113<br>OREGON CITY, OR 97045 | | | Trade Payable | | | | $171.30 |
| ACCOUNT NO.<br><br>BLACK BOX NETWORK SERVICES<br>PO BOX 515730<br>LOS ANGELES, CA 90051-5141 | | | Trade Payable | | | | $382.59 |
| ACCOUNT NO.<br><br>BLACK ROCK CABLE INC<br>ATTN: BRC RECEIVABLES<br>KIRKLAND, WA 98033 | | | Trade Payable | | | | $1,634.62 |
| ACCOUNT NO.<br><br>BLACKHAWK<br>WACHOVIA BANK<br>PO BOX 932859<br>ATLANTA, GA 31193 | | | Trade Payable | X | X | | $64,543.14 |

Sheet no. __10_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 254,657.50

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen, Inc.**                                    ,          Case No.   **15-11879 (KG)**
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BLANKENSHIP EQUIPMENT REPAIR INC<br>PO BOX 2006<br>RENTON, WA 98056 | | | Trade Payable | | | | $8,222.91 |
| ACCOUNT NO.<br><br>BLUE RHINO<br>PO BOX 281956<br>ATLANTA, GA 30384-1956 | | | Trade Payable | | | | $13,186.00 |
| ACCOUNT NO.<br><br>BLYTHE PLUMBING & HEATING<br>2201 HUMBOLDT ST<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $415.24 |
| ACCOUNT NO.<br><br>BOND, LISAMARIE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BONDED FILTER CO<br>PO BOX 5418<br>CAROL STREAM, IL 60197-5418 | | | Trade Payable | | | | $4,981.13 |
| ACCOUNT NO.<br><br>BOW HILL BLUEBERRIES<br>PO BOX 177<br>15628 BOW HILL ROAD<br>BOW, WA 98232 | | | Trade Payable | | | | $7,057.55 |

Sheet no.  _11_ of  _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 33,862.83

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen, Inc.**_____,          Case No.  **15-11879 (KG)**_____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BOXX BERRY FARM - FLOWERS<br>BILL & CHARLENE BOXX<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $2,883.00 |
| ACCOUNT NO.<br><br>BOXX FRUIT & VEGTABLE FARM<br>6301 NORTHWEST RD<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $24,237.66 |
| ACCOUNT NO.<br><br>BRADYS WELDING SPECIALTIES<br>5228 S. MASON AVENUE<br>TACOMA, WA 98409 | | | Trade Payable | | | | $180.68 |
| ACCOUNT NO.<br><br>BREADFARM<br>5766 CAIN'S COURT<br>EDISON, WA 98232 | | | Trade Payable | | | | $814.75 |
| ACCOUNT NO.<br><br>BRICK INC.<br>10 SOUTH FIFTH ST. #900<br>MINNEAPOLIS, MN 55402 | | | Trade Payable | | | | $12,462.81 |
| ACCOUNT NO.<br><br>BRIGHAM, RANDI<br>C/O BROCK STILES<br>PO BOX 228<br>SEDRO WOOLLEY, WA 98284 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _12_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 40,578.90

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____ ,    Case No. __15-11879 (KG)_____
                            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROWN, PAULA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWNSTEIN SARAH<br>361 SE MCCOMB WAY<br>SHELTON, WA 98584 | | | Trade Payable | | | | $239.27 |
| ACCOUNT NO.<br><br>BUBBA'S SALSA<br>422 109TH STREET SE<br>EVERETT, WA 98208 | | | Trade Payable | | | | $2,012.40 |
| ACCOUNT NO.<br><br>BUNZL SEATTLE<br>4501 WEST VALLEY HWY E STE A<br>SUMNER, WA 98390 | | | Trade Payable | | | | $569,917.03 |
| ACCOUNT NO.<br><br>BURGESS, THERESIA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURLINGTON CHAMBER OF COMMERCE<br>PO BOX 1087<br>BURLINGTON, WA 98233 | | | Trade Payable | | | | $500.00 |

Sheet no. __13_ of __105__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 572,668.70

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**_____,          Case No.  **15-11879 (KG)**_____
                        Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BURTON + BURTON<br>325 CLEVELAND ROAD<br>BOGART, GA 30622 | | | Trade Payable | | | | $2,866.60 |
| ACCOUNT NO.<br><br>CAMANO ISLAND COFFEE ROASTERS<br>848 N SUNRISE BLVD UNIT B<br>CAMANO ISLAND, WA 98282 | | | Trade Payable | | | | $1,813.50 |
| ACCOUNT NO.<br><br>CAMPER PAK<br>ADDRESS ON FILE | | | Trade Payable | | | | $537.00 |
| ACCOUNT NO.<br><br>CAPITAL COURIER<br>PO BOX 1742<br>OLYMPIA, WA 98501 | | | Trade Payable | | | | $406.89 |
| ACCOUNT NO.<br><br>CAREERSTAFF RX<br>C/O CAREERSTAFF UNLIMITED<br>PO BOX 301076<br>DALLAS, TX 75303-1076 | | | Trade Payable | | | | $11,878.30 |
| ACCOUNT NO.<br><br>CARLTON, SHANNON<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _14_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 17,502.29

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Haggen, Inc.** _____ ,    Case No. __15-11879 (KG)_____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CARPINITO BROTHERS INC <br> 1148 CENTRAL AVE N <br> KENT, WA 98032 | | | Trade Payable | | | | $1,479.00 |
| ACCOUNT NO. <br><br> CARY'S OF OREGON <br> 413 UNION AVE <br> GRANTS PASS, OR 97124 | | | Trade Payable | | | | $757.29 |
| ACCOUNT NO. <br><br> CASCADE CUTS <br> 632 MONTGOMERY RD <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $986.45 |
| ACCOUNT NO. <br><br> CASCADE NATURAL GAS <br> PO BOX 990065 <br> BOISE, ID 83799-0065 | | | Trade Payable | | | | $47.19 |
| ACCOUNT NO. <br><br> CASCADE WHOLESALE <br> PO BOX 598 <br> EVERETT, WA 98206 | | | Trade Payable | | | | $5,381.40 |
| ACCOUNT NO. <br><br> CAUDILL, JACKIE <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. __15__ of __105__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 8,651.33

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____,      Case No. **15-11879 (KG)** _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CDW DIRECT LLC<br>PO BOX 75723<br>CHICAGO, IL 60675-5723 | | | Trade Payable | | | | $482.08 |
| ACCOUNT NO.<br><br>CEDARHOME ELEMENTARY SCHOOL<br>PO BOX 92<br>STANWOOD, WA 98292 | | | Trade Payable | | | | $48.66 |
| ACCOUNT NO.<br><br>CENTRAL ELEMENTARY SCHOOL<br>PO BOX 187<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $89.45 |
| ACCOUNT NO.<br><br>CENTRAL WELDING SUPPLY ACCOUNTS RECEIVABLE<br>PO BOX 179<br>NORTH LAKEWOOD, WA 98259-0179 | | | Trade Payable | | | | $1,249.25 |
| ACCOUNT NO.<br><br>CENTURY LINK/QWEST<br>PO BOX 91155<br>SEATTLE, WA 98111-9255 | | | Trade Payable | | | | $478.92 |

Sheet no. _16_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,348.36

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                              ,          Case No.  **15-11879 (KG)**
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHAOS LIMITED<br>7020 DAHLBERG RD<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $90.00 |
| ACCOUNT NO.<br><br>CHARLIE'S PRODUCE<br>PO BOX 24606<br>SEATTLE, WA 98124 | | | Trade Payable | | | | $1,160,087.15 |
| ACCOUNT NO.<br><br>CHEHALIS MINTS CO INC<br>2677 LITTLE HANAFORD ROAD<br>CHEHALIS, WA 98531 | | | Trade Payable | | | | $1,155.90 |
| ACCOUNT NO.<br><br>CHINN, WILLIAM<br>ADDRESS ON FILE | | | Trade Payable | | | | $38.00 |
| ACCOUNT NO.<br><br>CHRISTENSEN, DENA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHUCKANUT BAY FOODS<br>5501 HOVANDER RD STE 1<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $420.60 |

Sheet no. _17_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 1,161,791.65

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                              ,          Case No.   **15-11879 (KG)**
               Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHUKAR CHERRY COMPANY<br>PO BOX 510<br>PROSSER, WA 99350 | | | Trade Payable | | | | $999.27 |
| ACCOUNT NO.<br><br>CITY OF OLYMPIA WA<br>PO BOX 26364<br>COLORADO SPRINGS, CO 80936 | | | Trade Payable | | | | $410.00 |
| ACCOUNT NO.<br><br>CLARK, AUTUMN<br>C/O BROCK STILES<br>PO BOX 228<br>SEDRO WOOLLEY, WA 98284 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLICK WHOLESALE DISTRIBUTING<br>801 SW 16TH ST SUITE 135<br>RENTON, WA 98055 | | | Trade Payable | | | | $232.09 |
| ACCOUNT NO.<br><br>CLICK WHOLESALE DISTRIBUTING - NON ALC<br>19215 66TH AVE S<br>KENT, WA 98032 | | | Trade Payable | | | | $26.56 |
| ACCOUNT NO.<br><br>CLUSTER, BRIAN<br>ADDRESS ON FILE | | | Trade Payable | | | | $13,713.99 |

Sheet no.   18  of   105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶      $ 15,381.91

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                    ,          Case No.   15-11879 (KG)
                    Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CMS ENTERPRISES INC <br> 7505 NE AMBASSADOR PL STE N <br> PORTLAND, OR 97220 | | | Trade Payable | | | | $3,040.00 |
| ACCOUNT NO. <br> COCA COLA REFRESHMENTS- NW DIVISION <br> PO BOX 740214 <br> LOS ANGELES, CA 90074-0214 | | | Trade Payable | | | | $319,063.86 |
| ACCOUNT NO. <br> COCA COLA REFRESHMENTS- OREGON <br> PO BOX 740214 <br> LOS ANGELES, CA 90074-0214 | | | Trade Payable | | | | $28,570.75 |
| ACCOUNT NO. <br> COLUMBIA DISTRIBUTING SEATTLE-POP <br> PO BOX 742009 <br> LOS ANGELES, CA 90074-2009 | | | Trade Payable | | | | $169,557.35 |
| ACCOUNT NO. <br> COLUMBIA DISTRIBUTING-POP - OREGON <br> PO BOX 742756 <br> LOS ANGELES, CA 90074-2756 | | | Trade Payable | | | | $10,284.89 |
| ACCOUNT NO. <br> COMCAST <br> PO BOX 34227 <br> SEATTLE, WA 98124-1227 | | | Trade Payable | | | | $309.75 |

Sheet no.  19  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 530,826.60

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No. __15-11879 (KG)_____
              Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> COMCAST <br> PO BOX 34227 <br> SEATTLE, WA 98124-1744 | | | Trade Payable | | | | $144.08 |
| ACCOUNT NO. <br> COMMERCIAL APPLIANCE SERVICE, INC. <br> 2854 C NE 65TH AVENUE <br> VANCOUVER, WA 98661 | | | Trade Payable | | | | $673.60 |
| ACCOUNT NO. <br> COMMUNITY CHRISTIAN ACADEMY <br> 4706 PARK CENTER AVE NE <br> LACEY, WA 98516 | | | Trade Payable | | | | $8.27 |
| ACCOUNT NO. <br> CONAGRA FOODS <br> PO BOX 12132 <br> CHICAGO1, IL 60693 | | | Trade Payable | | | | $745.25 |
| ACCOUNT NO. <br> CONSOLIDATED ELECTRICAL DIST. INC. <br> 600 E MARKET STREET <br> ABERDEEN, WA 98520 | | | Trade Payable | | | | $10.27 |
| ACCOUNT NO. <br> COPIERS NORTHWEST <br> 601 DEXTER AVE N <br> SEATTLE, WA 98109-4712 | | | Trade Payable | X | X | | $15,610.31 |

Sheet no. _20_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 17,191.78

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                          ,          Case No.   15-11879 (KG)
                          **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COPY SOURCE <br> 1122 N STATE ST <br> BELLINGHAM, WA 98225 | | | Trade Payable | | | | $2,301.68 |
| ACCOUNT NO. <br><br> CORRYS FINE DRY CLEANING <br> 1901 CORNWALL <br> BELLINGHAM, WA 98225 | | | Trade Payable | | | | $857.59 |
| ACCOUNT NO. <br><br> CPR & FIRST AID CO II <br> 317 12TH ST NW <br> PUYALLUP, WA 98371 | | | Trade Payable | | | | $1,125.00 |
| ACCOUNT NO. <br><br> CRANE, TERESA <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CREEDENCE HOLDINGS LLC- WESTCOAST NOVELTY <br> 1301 MARINA VILLAGE PARKWAY #200 <br> ALAMEDA, CA 94501 | | | Trade Payable | | | | $71,492.00 |

Sheet no.   21  of   105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 75,776.27

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**_____,        Case No.  **15-11879 (KG)**_____
             **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CRESSY DOOR CO INC<br>PO BOX 55549<br>SHORELING, WA 98155-5549 | | | Trade Payable | | | | $2,788.66 |
| ACCOUNT NO.<br><br>CRITTER CONTROL OF NW WASHINGTON<br>9506 SWANSON RD<br>SUMAS, WA 98295 | | | Trade Payable | | | | $1,092.72 |
| ACCOUNT NO.<br><br>CROWN DISTRIBUTING CO ABERDEEN<br>1200 W HERON ST<br>ABERDEEN, WA 98520 | | | Trade Payable | | | | $2,882.54 |
| ACCOUNT NO.<br><br>CROWN DISTRIBUTING CO INC-POP<br>17117 59TH AVE NE<br>ARLINGTON, WA 98223-4750 | | | Trade Payable | | | | $3,107.93 |
| ACCOUNT NO.<br><br>CROWN PACIFIC FINE FOODS<br>8809 S 190TH<br>KENT, WA 98031 | | | Trade Payable | | | | $323,694.78 |
| ACCOUNT NO.<br><br>CULLIGAN NORTHWEST - BELLINGHAM<br>PO BOX 30405<br>BELLINGHAM, WA 98228-2405 | | | Trade Payable | | | | $53.31 |

Sheet no. _22_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 333,619.94

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                        ,              Case No.   15-11879 (KG)
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CUMMINS - ALLISON CORP<br>PO BOX 339<br>MT PROSPECT, IL 60056 | | | Trade Payable | | | | $237.44 |
| ACCOUNT NO.<br><br>CURTIS F SMITH<br>ADDRESS ON FILE | | | Trade Payable | | | | $39.00 |
| ACCOUNT NO.<br><br>DAHL ELECTRIC INC<br>3409 MCDOUGALL AVE.<br>EVERETT, WA 98201 | | | Trade Payable | | | | $612.82 |
| ACCOUNT NO.<br><br>DALELIO, JOHN<br>ADDRESS ON FILE | | | Trade Payable | | | | $6,072.00 |
| ACCOUNT NO.<br><br>DARIGOLD INC<br>BANK OF AMERICA LOCKBOX SERVICES<br>62973 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0629 | | | Trade Payable | | | | $120,224.68 |

Sheet no.  23  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 127,185.94

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Haggen, Inc._____,      Case No. __15-11879 (KG)_____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DAVIS WRIGHT TREMAINE LLP <br> 1300 SW FIFTH AVENUE STE 2400 <br> PORTLAND, OR 97201-5610 | | | Trade Payable | | | | $6,414.00 |
| ACCOUNT NO. <br><br> DAVIS, CARL <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAVIS, JACOB <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DAWN FOOD PRODUCTS INC <br> PO BOX 675024 <br> DALLAS, TX 75267-5024 | | | Trade Payable | | | | $133,917.78 |
| ACCOUNT NO. <br><br> DE GOEDE BROTHERS LLC <br> 7106 166TH AVE E <br> SUMNER, WA 98390 | | | Trade Payable | | | | $36,303.30 |
| ACCOUNT NO. <br><br> DECOPAC INC <br> SDS 12-0871 <br> MINNEAPOLIS, MN 55486-0871 | | | Trade Payable | | | | $2,357.66 |

Sheet no. _24_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　$ 178,992.74

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                    ,          Case No.   **15-11879 (KG)**
　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DEPARTMENT OF ASSESSMENT & TAXATION<br>155 NORTH 1ST AVE<br>SUITE 130, MS8<br>HILSBORO, OR 97124 | | | Trade Payable | | | | $27,851.40 |
| ACCOUNT NO.<br><br>DEPOLO, NATALIE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DESIGN DESIGN INC<br>PO BOX 2266<br>GRAND RAPIDS, MI 49501 | | | Trade Payable | | | | $12,192.05 |
| ACCOUNT NO.<br><br>DICKERSON DISTRIBUTING CO POP<br>1313 MEADOR AVENUE<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $10,357.94 |
| ACCOUNT NO.<br><br>DISCOVERY BENEFITS<br>PO BOX 9528<br>FARGO, ND 58106 | | | Trade Payable | | | | $300.00 |

Sheet no.   25  of   105   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 50,701.39

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____,    Case No.  15-11879 (KG)_____
　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DOMINION ORGANICS<br>7110 ENTERPRISE RD<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $510.00 |
| ACCOUNT NO.<br><br>DOORMAN COMMERCIAL<br>3208 OLD HWY 99 SO RD<br>MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $2,230.52 |
| ACCOUNT NO.<br><br>DOWNTOWN WOODINVILLE, LLC<br>2608 SECOND AVE #100<br>SEATTLE, WA 98121 | | | Trade Payable | | | | $113,219.07 |
| ACCOUNT NO.<br><br>DOYLE DELIVERY<br>6514 SKINNER RD<br>GRANITE FALLS, WA 98252 | | | Trade Payable | | | | $602.50 |
| ACCOUNT NO.<br><br>DPI SPECIALTY FOODS<br>PO BOX 749431<br>LOS ANGELES, CA 90074-9431 | | | Trade Payable | | | | $1,035,663.77 |
| ACCOUNT NO.<br><br>DRAIN TECH INC<br>DBA DRAIN TECH<br>TACOMA, WA 98444 | | | Trade Payable | | | | $5,556.84 |

Sheet no. _26_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 1,157,782.70

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____ ,          Case No.  15-11879 (KG) _____
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DRAPER VALLEY FARMS INC <br> PO BOX 515741 <br> LOS ANGELES, CA 90051-5741 | | | Trade Payable | | | | $2,465.62 |
| ACCOUNT NO. <br> DREYERS <br> ADDRESS ON FILE | | | Trade Payable | X | | | $32,337.79 |
| ACCOUNT NO. <br> DSRG LP-LAKELANDTOWN CENTER <br> PO BOX 6157 <br> HICKSVILLE, NY 11802-6157 | | | Trade Payable | | | | $119,449.00 |
| ACCOUNT NO. <br> DUTTON, JOANNE <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br> DWF OF SEA-TAC <br> 7327 SOUTH 228TH STREET <br> KENT, WA 98032 | | | Trade Payable | | | | $17,611.80 |
| ACCOUNT NO. <br> EASTMOND, JULIE <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  27  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 171,864.21

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____,          Case No.___15-11879 (KG)_____
                 **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EATONVILLE ELEMENTARY SCHOOL<br>PO BOX 669<br>EATONVILLE, WA 98328 | | | Trade Payable | | | | $4.32 |
| ACCOUNT NO.<br><br>ECHO LAKE ELEMENTARY<br>19345 WALLINGFORD AVE N<br>SHORELINE, WA 98133 | | | Trade Payable | | | | $0.24 |
| ACCOUNT NO.<br><br>EDWARDS, PAMELA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ELLIOTT, KIM<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EMDEON ERX NETWORK<br>PO BOX 572490<br>MURRAY, UT 84157-2490 | | | Trade Payable | | | | $20,001.10 |
| ACCOUNT NO.<br><br>ENVIRONMENTAL PEST CONTROL INC<br>3003 BENNETT DRIVE<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $489.18 |

Sheet no. _28_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 20,494.84

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____ ,        Case No.  15-11879 (KG)_____
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ENYEART, LINDY<br>C/O WILLIAM H TAYLOR<br>PO BOX 898<br>EVERETT, WA 98206 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ERSHIGS INC<br>PO BOX 951743<br>DALLAS, TX 75395-1743 | | | Trade Payable | | | | $1,988.01 |
| ACCOUNT NO.<br><br>ESKADEE'S INC<br>PO BOX 1562<br>MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $2,458.03 |
| ACCOUNT NO.<br><br>EUPHORIA CHOCOLATE CO.<br>4090 STEWART RD<br>EUGENE, OR 97402 | | | Trade Payable | | | | $627.99 |
| ACCOUNT NO.<br><br>EXPRESS DELIVERY COURIER SERVICE<br>PO BOX 2695<br>BELLINGHAM, WA 98227 | | | Trade Payable | | | | $51.43 |
| ACCOUNT NO.<br><br>FACILITY MAINTENANCE SERVICE<br>1018 WEST JAMES STREET<br>KENT, WA 98032 | | | Trade Payable | | | | $469.96 |

Sheet no.  29  of  105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 5,595.42

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____,    Case No. __15-11879 (KG)_____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FAT MAN CANDY COMPANY<br>12570 SW HARLEQUIN DRIVE<br>BEAVERTON, OR 97007 | | | Trade Payable | | | | $1,410.36 |
| ACCOUNT NO.<br><br>FEDEX<br>PO BOX 94515<br>PALATINE, IL 60094-4515 | | | Trade Payable | | | | $772.93 |
| ACCOUNT NO.<br><br>FINTECH<br>7702 WOODLAND CENTER BLVD STE 50<br>TAMPA, FL 33614 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>FIRST ADVANTAGE LNS SCREENING SOLUTIONS INC<br>PO BOX 742576<br>ATLANTA, GA 30374-2576 | | | Trade Payable | | | | $156.75 |
| ACCOUNT NO.<br><br>FLAVORSTORM<br>16240 WOODINVILLE-REDMOND RD NE<br>WOODINVILLE, WA 98072 | | | Trade Payable | | | | $289.98 |
| ACCOUNT NO.<br><br>FLOARE LA MARE<br>3017 HAXTON WAY<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $310.00 |

Sheet no. __30_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 2,940.02

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                        ,          Case No.   15-11879 (KG)
            **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FLYING DOG ENTERTAINMENT LLC<br>12213 NE 100TH STREET<br>KIRKLAND, WA 98033 | | | Trade Payable | | | | $812.20 |
| ACCOUNT NO.<br><br>FOOD MARKETING INSTITUTE<br>PO BOX 758870<br>BALTIMORE, MD 21275-8870 | | | Trade Payable | | | | $4,362.50 |
| ACCOUNT NO.<br><br>FOOD SERVICES OF AMERICA<br>PO BOX 34006<br>SEATTLE, WA 98124 | | | Trade Payable | | | | $12,513.23 |
| ACCOUNT NO.<br><br>FORT, JOHN<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FOUNTAIN MOTOR INC<br>2010 BROADWAY<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $3,366.85 |
| ACCOUNT NO.<br><br>FPO SOLUTIONS<br>8401 102ND ST STE 500<br>PLEASANT PRAIRIE, WI 53158 | | | Trade Payable | | | | $9,945.00 |

Sheet no.  31  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 30,999.78

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____,     Case No. __15-11879 (KG)_____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FRAN'S CHOCOLATES LTD<br>5900 AIRPORT WAY SOUTH<br>SEATTLE, WA 98108 | | | Trade Payable | | | | $811.38 |
| ACCOUNT NO.<br><br>FRANK UNLIMITED<br>2819 ELLIOTT AVE STE 204<br>SEATTLE, WA 98121 | | | Trade Payable | | | | $1,260.00 |
| ACCOUNT NO.<br><br>FRANK WAGNER ELEMENTARY<br>115 DICKINSON ST.<br>MONROE, WA 98272 | | | Trade Payable | | | | $1.33 |
| ACCOUNT NO.<br><br>FRANZ FAMILY BAKERY WEST<br>PO BOX 742654<br>LOS ANGELES, CA 90074-2654 | | | Trade Payable | X | X | | $313,720.71 |
| ACCOUNT NO.<br><br>FRANZ OR<br>PO BOX 742654<br>LOS ANGELES, CA 90074-2654 | | | Trade Payable | | | | $530.57 |
| ACCOUNT NO.<br><br>FRANZ WEST<br>PO BOX 742654<br>LOS ANGELES, CA 90074-2654 | | | Trade Payable | | | | $7,792.27 |

Sheet no. _32_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► $ 324,116.26

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                    ,          Case No.   **15-11879 (KG)**
_____                      _____
                  **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FRITO-LAY, INC.<br>75 REMITTANCE DRIVE STE1217<br>CHICAGO, IL 60676-1217 | | | Trade Payable | | | | $296,517.80 |
| ACCOUNT NO.<br><br>FRONT LINE<br>PO BOX 670<br>LA VERNE, CA 91750 | | | Trade Payable | | | | $981.92 |
| ACCOUNT NO.<br><br>FRONTIER-VERIZON NW<br>PO BOX 20550<br>ROCHESTER, NY 14602-0550 | | | Trade Payable | | | | $415.85 |
| ACCOUNT NO.<br><br>FROSTY BAY SEAFOODS LLC<br>285 DRIFTWOOD SHORES<br>CAMANO ISLAND, WA 98282 | | | Trade Payable | | | | $84.00 |
| ACCOUNT NO.<br><br>FRYELANDS ELEMENTARY<br>15286 FRYELANDS BLVD. SE<br>MONROE, WA 98272 | | | Trade Payable | | | | $4.75 |
| ACCOUNT NO.<br><br>FTD DATA PROCESSING CENTER<br>BOX 774440<br>4440 SOLUTIONS CENTER<br>CHICAGO, IL 60677-7007 | | | Trade Payable | | | | $4,078.05 |

Sheet no.  _33_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 302,082.37

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                    ,        Case No.   **15-11879 (KG)**
                    Debtor                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FUN EXPRESS LLC<br>PO BOX 14463<br>DES MOINES, IA 50306 | | | Trade Payable | | | | $32.75 |
| ACCOUNT NO.<br><br>G & K  SERVICES<br>PO BOX 842385<br>BOSTON, MA 02284-2385 | | | Trade Payable | | | | $6,815.82 |
| ACCOUNT NO.<br><br>GAIR, TRACI<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GALLAGHER BASSETT SERVICES, INC<br>15763 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | Trade Payable | | | | $4,383.00 |
| ACCOUNT NO.<br><br>GALLINGTON, DOUGLAS<br>C/O PHILLIPS LAW FIRM<br>900 SW 16TH STREET<br>STE. 210<br>RENTON, WA 98057 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  _34_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 11,231.57

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____,    Case No. **15-11879 (KG)** _____
 Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GANEY, VICTORIA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GANZ USA LLC<br>PO BOX 530<br>BUFFALO, NY 14240-0530 | | | Trade Payable | | | | $7,685.77 |
| ACCOUNT NO.<br><br>GARDA CL NORTHWEST INC<br>LOCKBOX #233209<br>3209 MOMENTUM PLACE<br>CHICAGO, IL 60689-5332 | | | Trade Payable | | | | $4,713.84 |
| ACCOUNT NO.<br><br>GARDEN TREASURES<br>3328 SR 530 NE<br>ARLINGTON, WA 98223 | | | Trade Payable | | | | $1,931.00 |
| ACCOUNT NO.<br><br>GENERAL DISTRIBUTORS INC-POP<br>13895 FIR ST<br>OREGON CITY, OR 97045 | | | Trade Payable | | | | $704.69 |
| ACCOUNT NO.<br><br>GLACIER WATER SERVICES-CONTAINERS<br>PO BOX 51062<br>LOS ANGELES, CA 90051 | | | Trade Payable | | | | $2,955.71 |

Sheet no. _35_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 17,991.01

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No.___**15-11879 (KG)**_____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GLIDE RITE CORPORATION<br>7100 SOPHIA AVE UNIT B<br>VAN NUYS, CA 91406 | | | Trade Payable | | | | $14,040.21 |
| ACCOUNT NO.<br><br>GOOD TO GO - PAY BY MAIL<br>PO BOX 300326<br>SEATTLE, WA 98103-9730 | | | Trade Payable | | | | $14.00 |
| ACCOUNT NO.<br><br>GOTT, DELORA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GOULD, MANDRA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRACE HARBOR FARMS/LUKENS FARMS<br>2347 BIRCH BAY LYNDEN RD<br>CUSTER, WA 98240-9702 | | | Trade Payable | | | | $9,920.82 |

Sheet no. _36_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 23,975.03

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                    ,          Case No.   15-11879 (KG)
_____                          _____
                  **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GRANITE TELECOMMUNICATIONS CLIENT ID #311 PO BOX 983119 BOSTON, MA 02298-3119 | | | Trade Payable | | | | $229.62 |
| ACCOUNT NO. <br><br> GRANT THORNTON LLP 520 PIKE ST. SUITE 2800 SEATTLE, WA 98101 | | | Trade Payable | | | | $66,224.00 |
| ACCOUNT NO. <br><br> GRAYS HARBOR HERALD PO BOX 706 RAYMOND, WA 98577 | | | Trade Payable | | | | $1,854.45 |
| ACCOUNT NO. <br><br> GREEN CARDZ 2824 ELLIS ST BELLINGHAM, WA 98225 | | | Trade Payable | | | | $137.50 |
| ACCOUNT NO. <br><br> GREEN HOUSE DATA, INC. 340 PROGRESS CIRCLE CHEYENNE, WY 82007 | | | Trade Payable | | | | $1,650.26 |

Sheet no.  37  of  105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶         $ 70,095.83

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No. __15-11879 (KG)_____
             **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GREEN, PEARL<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GROWING GARDEN LLC<br>6063 MEDCALF RD<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $5,748.60 |
| ACCOUNT NO.<br><br>GUTIERREZ, LEONARDO<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAGGEN OPERATIONS HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | | | Intercompany Payable Due to Haggen Operations Holdings, LLC | | | | $6,241,013.02 |
| ACCOUNT NO.<br><br>HAGGEN TALBOT CO LTD PARTNERSHIP<br>2200 RIMLAND DRIVE STE 250<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $48,708.75 |
| ACCOUNT NO.<br><br>HALLMARK, SALLY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. __38_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,295,470.37

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____,          Case No.  15-11879 (KG)_____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HANNA'S HONEY<br>4760 THORMAN AVE NE<br>SALEM, OR 97303 | | | Trade Payable | | | | $315.20 |
| ACCOUNT NO.<br><br>HARBOR PACIFIC BOTTLING INC<br>50 SCHOUWEILER TRACT RD E<br>ELMA, WA 98541-9073 | | | Trade Payable | | | | $14,334.33 |
| ACCOUNT NO.<br><br>HARDWARE SALES<br>2034 JAMES ST<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $404.30 |
| ACCOUNT NO.<br><br>HARMONY ELEMENTARY<br>5060 SAND ROAD<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $0.43 |
| ACCOUNT NO.<br><br>HARVEY'S BUTTER RUM BATTER INC<br>PO BOX 4457<br>BREMERTON, WA 98312 | | | Trade Payable | | | | $8,351.88 |
| ACCOUNT NO.<br><br>HATCHETT, MELANIE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _39_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 23,406.14

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____ ,        Case No.  15-11879 (KG) _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAYNES, HANK<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HENLEY, DALE C.<br>ADDRESS ON FILE | | | Deferred Compensation | | X | | $4,894,437.09 |
| ACCOUNT NO.<br><br>HENRYS PLANT FARM<br>PO BOX 37<br>ARLINGTON, WA 98223-0037 | | | Trade Payable | | | | $19,720.83 |
| ACCOUNT NO.<br><br>HENSLEY, CINDY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HEWLETT PACKARD FINANCIAL SERVICES CO.<br>PO BOX 6<br>MURRAY HILL, NJ 7974 | | | Trade Payable | | | | $71,739.06 |
| ACCOUNT NO.<br><br>HIBU INC<br>PO BOX 3162<br>CEDAR RAPIDS, IA 52406-3162 | | | Trade Payable | | | | $555.59 |

Sheet no.  40  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶                    $ 4,986,452.57

Total ▶                        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,     Case No. ___**15-11879 (KG)**_____
             **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HIMMELMAN, RACHELLE<br>C/O ROBINSON & KOLE<br>911 DUPONT<br>BELLINGHAM, WA 98225 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HISSHO SUSHI EFT<br>11949 STEELE CREEK ROAD<br>CHARLOTTE, NC 28273 | | | Trade Payable | | | | $107,118.15 |
| ACCOUNT NO.<br><br>HOBART SERVICE<br>PO BOX 2517<br>CAROL STREAM, IL 60132-2517 | | | Trade Payable | | | | $25,549.92 |
| ACCOUNT NO.<br><br>HODGES, TRACY<br>C/O DAVID KOHLES, INC. P.S.<br>26231 72ND AVE. NW<br>STE. 202<br>STANWOOD, WA 98292 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOLLEMAN-ERICKSON, DENISE<br>C/O ROBINSON & KOLE<br>911 DUPONT ST.<br>BELLINGHAM, WA 982253104 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _41_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ 132,668.07

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                              ,          Case No.   15-11879 (KG)
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOLY FAMILY SCHOOL<br>505 17TH ST SE<br>AUBURN, WA 98002 | | | Trade Payable | | | | $1.38 |
| ACCOUNT NO.<br><br>HOMELINK LAKE STEVENS<br>2202 123RD AVENUE, NE<br>LAKE STEVENS, WA 98258 | | | Trade Payable | | | | $6.01 |
| ACCOUNT NO.<br><br>HORIZON ELEMENTARY SCHOOL<br>27641 144TH AVE SE<br>KENT, WA 98042 | | | Trade Payable | | | | $0.77 |
| ACCOUNT NO.<br><br>HORMANN, FREDRIC<br>C/O CHALEFF, REHWALD GLASNER<br>5855 TOPANGA CANYON BOULEVARD<br>STE 400<br>WOODLAND HILLS, CA 91367 | | | Potential Legal Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOWSKA, HEATHER<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  _42_  of  _105_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 8.16

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**_____,    Case No.  **15-11879 (KG)**_____
                    Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HUFF, JAZMIN<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HUME, ED<br>ADDRESS ON FILE | | | Trade Payable | | | | $35,643.30 |
| ACCOUNT NO.<br><br>HYDRO FLASK<br>561 NW YORK DRIVE<br>BEND, OR 97701 | | | Trade Payable | | | | $12,804.93 |
| ACCOUNT NO.<br><br>HYTECH ROOFING INC<br>7381 GUIDE MERIDIAN<br>LYNDEN, WA 98264 | | | Trade Payable | | | | $231.53 |
| ACCOUNT NO.<br><br>IBSEN, TRACY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ICONTROL<br>3919 NATIONAL DRIVE<br>2ND FLOOR<br>BURTONSVILLE, MD 20866 | | | Trade Payable | X | X | | $16,204.99 |

Sheet no.  _43_ of  _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 64,884.75

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Haggen, Inc._____,                     Case No. __15-11879 (KG)_____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IMAGINE DS<br>1050 LARRABEE AVE<br>SUITE 104-820<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $2,220.49 |
| ACCOUNT NO.<br><br>IMPACT ABSORBENTS, INC<br>5255 TRAFFIC WAY<br>ATASCADERO, CA 93422 | | | Trade Payable | | | | $20.71 |
| ACCOUNT NO.<br><br>INDERBITZIN DISTRIBUTORS INC<br>901 VALLEY AVE NW<br>PUYALLUP, WA 98371 | | | Trade Payable | | | | $29,267.37 |
| ACCOUNT NO.<br><br>INDOOR BILLBOARD<br>PO BOX 17555<br>PORTLAND, OR 97217-0555 | | | Trade Payable | | | | $2,114.35 |
| ACCOUNT NO.<br><br>INSTORE TECHNOLOGY LLC<br>220 SOUTH FINDLAY STREET<br>SEATTLE, WA 98108 | | | Trade Payable | | | | $341.58 |
| ACCOUNT NO.<br><br>INTEGRA TELECOM<br>PO BOX 2966<br>MILWAUKEE, WI 53201-2966 | | | Trade Payable | | | | $5,949.77 |

Sheet no. __44_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 39,914.27

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____ ,          Case No.   15-11879 (KG) _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> INTEGRITY CONSTRUCTION GROUP <br> 5105 NORTH 35TH STREET <br> TACOMA, WA 98407 | | | Trade Payable | | | | $4,567.00 |
| ACCOUNT NO. <br><br> INTERCALL INC <br> 15272 COLLECTIONS CENTER DRIVE <br> CHICAGO, IL 60693 | | | Trade Payable | | | | $1,654.59 |
| ACCOUNT NO. <br><br> ISBELLE, DAWNETTE <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> IVOXY CONSULTING <br> PO BOX 101264 <br> PASADENA, CA 91189-0005 | | | Trade Payable | | | | $1,253.51 |
| ACCOUNT NO. <br><br> J&D'S FOODS <br> 8230 5TH AVE S SUITE A-1 <br> SEATTLE, WA 98108 | | | Trade Payable | | | | $323.10 |
| ACCOUNT NO. <br><br> JACK GUTTMAN INC/ BAKERY CRAFTS <br> A DIVISION OF DECOPAC, INC. <br> CHICAGO, IL 60677-1004 | | | Trade Payable | | | | $434.29 |

Sheet no.  45  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 8,232.49

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                    ,          Case No.   **15-11879 (KG)**
                **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JACKSON QUALITY PLUS PRODUCTS INC<br>4049 DEEMER RD<br>BELLINGHAM, WA 98226-8742 | | | Trade Payable | | | | $273.00 |
| ACCOUNT NO.<br><br>JACOBSEN SALT CO<br>602 SE MARKET ST<br>PORTLAND, OR 97214 | | | Trade Payable | | | | $9,684.16 |
| ACCOUNT NO.<br><br>JEFFERSON ELEMENTARY<br>1801 EAST BLACKBURN<br>MOUNT VERNON, WA 98274 | | | Trade Payable | | | | $45.19 |
| ACCOUNT NO.<br><br>JOE'S GARDEN<br>3028 TAYLOR AVE<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $1,368.99 |
| ACCOUNT NO.<br><br>KANGAS REPAIR LLC<br>PO BOX 229024<br>BELLINGHAM, WA 98229 | | | Trade Payable | | | | $1,697.64 |
| ACCOUNT NO.<br><br>KASCO SHARP TECHNOLOGY CORP<br>1569 TOWER GROVE AVE.<br>ST LOUIS, MO 63110 | | | Trade Payable | | | | $2,958.22 |

Sheet no.  _46_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 16,027.20

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____ ,          Case No.  15-11879 (KG) _____
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KEEBLER / KELLOGG'S SNACKS<br>PO BOX 101138<br>PASADENA, CA 91189-1138 | | | Trade Payable | | | | $44,165.75 |
| ACCOUNT NO.<br><br>KELLEY, KIMBERLIE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KELLY SERVICES<br>PO BOX 31001-0422<br>PASADENA, CA 91110-0422 | | | Trade Payable | | | | $11,644.40 |
| ACCOUNT NO.<br><br>KEN PRAIRIE ELEMENTARY<br>8110 207TH ST NE<br>ARLINGTON, WA 98223 | | | Trade Payable | | | | $25.29 |
| ACCOUNT NO.<br><br>KEVAN, JENNIFER<br>C/O ROBINSON & KOLE<br>911 DUPONT<br>BELLINGHAM, WA 98225 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KEVIN J MURPHY INC<br>PO BOX 860<br>EVERSON, WA 98247 | | | Trade Payable | | | | $4,659.25 |

Sheet no.  47  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 60,494.69

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                      ,          Case No.   **15-11879 (KG)**
　　　　　　　　Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KEY MECHANICAL CO - OREGON <br> 4655 NE 190TH LANE <br> PORTLAND, OR 97230 | | | Trade Payable | | | | $7,694.42 |
| ACCOUNT NO. <br><br> KEY MECHANICAL CO OF WA <br> 19430 68TH AVE S <br> KENT, WA 98032 | | | Trade Payable | | | | $137,520.31 |
| ACCOUNT NO. <br><br> KHOSIN, NISHA <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KILIONA, WILLIE <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KING BEVERAGE INC <br> PO BOX 11837 <br> SPOKANE, WA 99211-1837 | | | Trade Payable | | | | $242.27 |
| ACCOUNT NO. <br><br> KLEAN KANTEEN <br> 4345 HEDSTROM WAY <br> CHICO, CA 95973 | | | Trade Payable | | | | $450.00 |

Sheet no.   48  of   105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ $ 145,907.00

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.** _____,     Case No.  **15-11879 (KG)** _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KOBOS COFFEE COMPANY<br>2355 NW VAUGHN<br>PORTLAND, OR 97210 | | | Trade Payable | | | | $266.85 |
| ACCOUNT NO.<br>KOMBUCHA YUM<br>5112 79TH ST WEST<br>LAKEWOOD, WA 98499 | | | Trade Payable | | | | $288.00 |
| ACCOUNT NO.<br>L&E BOTTLING CO<br>PO BOX 11159<br>OLYMPIA, WA 98508-1159 | | | Trade Payable | | | | $18,600.47 |
| ACCOUNT NO.<br>LA MEXICANA<br>10020 14TH AVE SW<br>SEATTLE, WA 98146 | | | Trade Payable | | | | $1,533.52 |
| ACCOUNT NO.<br>LADY-LANE FARM<br>GARRY HANSEN<br>13025 S MULINO RD<br>MULINO, OR 97042 | | | Trade Payable | | | | $1,058.50 |
| ACCOUNT NO.<br>LAKELAND HOME OWNERS ASSOC<br>5801 LAKELAND HILLS WAY<br>AUBURN, WA 98092 | | | Trade Payable | | | | $485.00 |

Sheet no. _49_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 22,232.34

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**_____,     Case No.  __15-11879 (KG)_____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LAKEWOOD ELEMENTARY SCHOOL<br>PO BOX 40<br>N. LAKEWOOD, WA 98259 | | | Trade Payable | | | | $8.83 |
| ACCOUNT NO.<br><br>LATTIN'S COUNTRY CIDER MILL<br>9402 RICH ROAD S.E.<br>OLYMPIA, WA 98501 | | | Trade Payable | | | | $921.15 |
| ACCOUNT NO.<br><br>LE, PHUONG<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LEA HILL ELEMENTARY SCHOOL<br>30908 124TH AVE SE<br>AUBURN, WA 98092 | | | Trade Payable | | | | $1.31 |
| ACCOUNT NO.<br><br>LECREUSET OF AMERICA INC<br>PO BOX 277408<br>ATLANTA, GA 30384-7408 | | | Trade Payable | | | | $1,283.25 |
| ACCOUNT NO.<br><br>LEE WEINSTEIN AND ASSOCIATES INC<br>4200 OBRIST RD<br>THE DALLES, OR 97058 | | | Trade Payable | | | | $287.50 |

Sheet no. __50_ of __105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 2,502.04

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                    ,          Case No.   **15-11879 (KG)**
　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LES SCHWAB TIRE CENTER <br> 3805 IRONGATE RD <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $1,166.95 |
| ACCOUNT NO. <br><br> LEWIS, HARRISON <br> ADDRESS ON FILE | | | Deferred Compensation | | X | | $130,196.00 |
| ACCOUNT NO. <br><br> LIBERTY BOTTLE COMPANY <br> 2900 SUTHERLAND DRIVE <br> UNION GAP, WA 98903 | | | Trade Payable | | | | $5,658.96 |
| ACCOUNT NO. <br><br> LIBERTY MUTUAL INSURANCE <br> PO BOX 85307 <br> SAN DIEGO, CA 92186-5307 | | | Trade Payable | | | | $1,325.80 |
| ACCOUNT NO. <br><br> LIFEFACTORY INC <br> 3 HARBOR DRIVE STE 215 <br> SAUSALITO, CA 94965 | | | Trade Payable | | | | $14,228.42 |
| ACCOUNT NO. <br><br> LINCOLN ELEMENTARY <br> 700 WOOD AVE <br> HOQUIAM, WA 98550 | | | Trade Payable | | | | $20.23 |

Sheet no. _51_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 152,596.36

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____ ,          Case No. __15-11879 (KG)_____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LOJA TRAILS END, LLC <br> PO BOX 66 <br> RODEO, CA 94572 | | | Trade Payable | | | | $103,823.65 |
| ACCOUNT NO. <br> LONGEVITY FOODS <br> 14701 NE MAIN STREET <br> DUVALL, WA 98019 | | | Trade Payable | | | | $316.80 |
| ACCOUNT NO. <br> LOOMIS <br> DEPT 0757 <br> DALLAS, TX 75312-0757 | | | Trade Payable | | | | $773.62 |
| ACCOUNT NO. <br> LUDTKE PACIFIC TRUCKING, INC. <br> ADDRESS ON FILE | | | Trade Payable | | | | $1,440.00 |
| ACCOUNT NO. <br> LULU'S ESSENTIAL GRANOLA <br> 2110 BUCHANAN LOOP SUITE # 1 <br> FERNDALE, WA 98248 | | | Trade Payable | | | | $102.00 |
| ACCOUNT NO. <br> LUNA, RENA <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. __52__ of __105__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 106,456.07

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____,     Case No.  15-11879 (KG) _____
            **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LUV MACARONS<br>6830 NE BOTHELL WAY SUITE C-138<br>KENMORE, WA 98028 | | | Trade Payable | | | | $307.20 |
| ACCOUNT NO.<br><br>LYNCH CREEK FARM LLC<br>PO BOX 2109<br>SHELTON, WA 98584 | | | Trade Payable | | | | $160.00 |
| ACCOUNT NO.<br><br>LYNDEN ICE<br>1936 FRONT ST<br>LYNDEN, WA 98264 | | | Trade Payable | | | | $327.60 |
| ACCOUNT NO.<br><br>LYNDEN TRIBUNE<br>PO BOX 153<br>LYNDEN, WA 98264 | | | Trade Payable | | | | $900.00 |
| ACCOUNT NO.<br><br>MAD CAT SALSA<br>1 GRANITE CIRCLE<br>BELLINGHAM, WA 98229 | | | Trade Payable | | | | $3,914.20 |
| ACCOUNT NO.<br><br>MADDEN MECHANICAL INC<br>22003 106TH ST E<br>BUCKLEY, WA 98321 | | | Trade Payable | | | | $3,696.11 |

Sheet no. _53_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 9,305.11

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____,    Case No. __15-11879 (KG)_____
        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MAHNKEN SMITH, KAREN <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MAK, TAT <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MALETIS BEVERAGE <br> PO BOX 3109 <br> PORTLAND, OR 97208-3109 | | | Trade Payable | | | | $2,647.66 |
| ACCOUNT NO. <br><br> MALETIS BEVERAGE-POP <br> PO BOX 3109 <br> PORTLAND, OR 97208-3109 | | | Trade Payable | | | | $1,752.98 |
| ACCOUNT NO. <br><br> MALTBY ELEMENTARY SCHOOL <br> 9700 212TH ST SE <br> SNOHOMISH, WA 98296 | | | Trade Payable | | | | $21.80 |
| ACCOUNT NO. <br><br> MAMMOTH NETWORKS <br> PO BOX 2799 <br> GILLETTE, WY 82717 | | | Trade Payable | | | | $32,029.15 |

Sheet no. __54_ of __105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 36,451.59

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                    ,                    Case No.   **15-11879 (KG)**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MANAGEMENT SERVICES NORTHWEST INC 2257 NORTHGATE SPUR UNIT MAIN FERNDALE, WA 98248-8355 | | | Trade Payable | | | | $81,581.42 |
| ACCOUNT NO.<br><br>MANTHAN SOFTWARE SERVICE PRIVATE LIMITED #40/4, LAVELLE RD BANGALORE-INDIA, INDIA | | | Trade Payable | | | | $31,780.00 |
| ACCOUNT NO.<br><br>MARINE VIEW BEVERAGE - SUMNER-POP 1402 PUYALLUP ST SUMNER, WA 98390 | | | Trade Payable | | | | $7,236.45 |
| ACCOUNT NO.<br><br>MARINE VIEW BEVERAGE TUMWATER-POP 3166 COUGAR LANE SW TUMWATER, WA 98512 | | | Trade Payable | | | | $4,870.06 |
| ACCOUNT NO.<br><br>MARSEE FOODS OREGON 9100 VANCOUVER AVE PORTLAND, OR 97217 | | | Trade Payable | | | | $1,327.23 |

Sheet no. _55_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 126,795.16

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                      ,          Case No.   **15-11879 (KG)**
                  **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MARTINEZ , MATTHEW <br> ADDRESS ON FILE | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARVS PLUMBING INC <br> 4717 HANNEGAN RD <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $8,815.25 |
| ACCOUNT NO. <br><br> MASTER LUBE <br> 1111 E MAPLE ST <br> BELLINGHAM, WA 98225 | | | Trade Payable | | | | $108.70 |
| ACCOUNT NO. <br><br> MATTHEW BENDER & CO INC <br> PO BOX 7247-0178 <br> PHILADELPHIA, PA 19170-0178 | | | Trade Payable | | | | $233.81 |
| ACCOUNT NO. <br><br> MAZZA COFFEE CO LLC <br> 4433 RUSSELL RD. SUITE 106 <br> MUKILTEO, WA 98275 | | | Trade Payable | | | | $240.00 |
| ACCOUNT NO. <br><br> MCCAMMANT, VIRGINIA <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  _56_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 9,397.76

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen, Inc.**                                        ,          Case No.   **15-11879 (KG)**
_____                    _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MCEP <br> 4407 116TH ST NE <br> MARYSVILLE, WA 98271 | | | Trade Payable | | | | $8.10 |
| ACCOUNT NO. <br><br> MCKEE FOODS CORP <br> PO BOX 2118 <br> COLLEGEDALE, TN 37315-2118 | | | Trade Payable | | | | $2,368.55 |
| ACCOUNT NO. <br><br> MCPHAIL'S FARMS <br> 1359 LOOMIS TRAIL <br> CUSTER, WA 98240 | | | Trade Payable | | | | $14,989.39 |
| ACCOUNT NO. <br><br> MEDOSWEET FARMS INC <br> PO BOX 749 <br> KENT, WA 98035-0749 | | | Trade Payable | | | | $140,907.78 |
| ACCOUNT NO. <br><br> MEDOSWEET FARMS OF OREGON INC <br> PO BOX 749 <br> KENT, WA 98035-0749 | | | Trade Payable | | | | $6,868.77 |
| ACCOUNT NO. <br><br> MERIDIAN PARENT PARTNERSHIP PROGRAM (MP3) <br> 162 W. LAUREL ROAD <br> BELLINGHAM, WA 98226 | | | Trade Payable | | | | $1.47 |

Sheet no.  _57_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 165,144.06

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                          ,                    Case No.   15-11879 (KG)
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MEX Y CAN USA CSTERLING SAVINGA 14638 SE SUNNYSIDE RD. CLACKAMAS, OR 97015 | | | Trade Payable | | | | $763.90 |
| ACCOUNT NO. <br><br> MGP X DHP, LLC C/O MERLONE GEIER - ATTN:LEASE ADM. 425 CALIFORNIA STREET ELEVENTH FLOOR SAN FRANCISCO, CA 94104 | | | Trade Payable | | | | $188,180.14 |
| ACCOUNT NO. <br><br> MGP X PROPERTIES  LLC C/O MERLONE GEIER- ATTN:LEASE ADMIN. 425 CALIFORNIA STREET ELEVENTH FLOOR SAN FRANCISCO, CA 94104 | | | Trade Payable | | | | $731,631.80 |
| ACCOUNT NO. <br><br> MICHALAK, TAMARA ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MILLENNIUM ELEMENTARY 11919 SE 270TH ST KENT, WA 98030 | | | Trade Payable | | | | $1.48 |

Sheet no.   58  of   105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 920,577.32

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____,        Case No. __15-11879 (KG)_____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MINDER, BECCY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MISSION FOODS<br>PO BOX 843781<br>DALLAS, TX 75284-3781 | | | Trade Payable | | | | $84,121.45 |
| ACCOUNT NO.<br><br>MISTY MEADOWS FARM<br>6197 EVERSON GOSHEN ROAD<br>EVERSON, WA 98247 | | | Trade Payable | | | | $972.00 |
| ACCOUNT NO.<br><br>MJ FOOD PRODUCTS - MICHAEL WILLIAMS<br>10519 SE STARK ST<br>PORTLAND, OR 97216 | | | Trade Payable | | | | $302.00 |
| ACCOUNT NO.<br><br>MOBILE ARMORED<br>PO BOX 2750<br>BLAINE, WA 98230 | | | Trade Payable | | | | $5,908.86 |
| ACCOUNT NO.<br><br>MODERN CLEANERS<br>714 WEST DIVISION STREET<br>MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $292.44 |

Sheet no. _59_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 91,596.75

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No.___15-11879 (KG)_____
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MONDELEZ GLOBAL LLC - NABISCO<br>PO BOX 70064<br>CHICAGO, IL 60673-0064 | | | Trade Payable | | | | $135,847.67 |
| ACCOUNT NO.<br><br>MONTE'S MOBIL SHARP<br>9815 NE 134TH AVE<br>VANCOUVER, WA 98682 | | | Trade Payable | | | | $55.55 |
| ACCOUNT NO.<br><br>MONTGOMERY, JEREMY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MOON INTERNATIONAL<br>1490 RAILROAD STREET<br>CORONA, CA 92882 | | | Trade Payable | | | | $510.24 |
| ACCOUNT NO.<br><br>MOON VALLEY ORGANICS<br>3288 VALLEY HWY<br>DEMING, WA 98244 | | | Trade Payable | | | | $1,845.94 |
| ACCOUNT NO.<br><br>MORGAN, CLAIRE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _60_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 138,259.40

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                    ,          Case No.   **15-11879 (KG)**
                  **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MORGAN, JUDY<br>832 BELLA VISTA LANE<br>BURLINGTON, WA 98233 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MOSS ADAMS LLP<br>PO BOX 748369<br>LOS ANGELES, CA 90074-8369 | | | Trade Payable | | | | $52,378.93 |
| ACCOUNT NO.<br><br>MP PLUMBING CO<br>PO BOX 393<br>CLACKAMAS, OR 97015 | | | Trade Payable | | | | $681.47 |
| ACCOUNT NO.<br><br>MSR WHOLESALE BALLOONS<br>19009 16TH AVE S<br>SEATAC, WA 98188 | | | Trade Payable | | | | $2,759.53 |
| ACCOUNT NO.<br><br>MULTI PACKAGING SOLUTIONS<br>75 REMITTANCE DRIVE STE 3111<br>CHICAGO, IL 60675-3111 | | | Trade Payable | | | | $865.17 |
| ACCOUNT NO.<br><br>MUTCHLER, EMMA<br>C/O DAVID ROBINSON<br>911 DUPONT<br>BELLINGHAM, WA 98228 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  _61_ of  _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 56,685.10

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                            ,                    Case No.   15-11879 (KG)
                          Debtor                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MUZAK LLC <br> PO BOX 71070 <br> CHARLOTTE, NC 28272-1070 | | | Trade Payable | | | | $3,427.82 |
| ACCOUNT NO. <br><br> NAMIFY <br> 280 WEST 900 NORTH <br> SPRINGVILLE, UT 84663 | | | Trade Payable | | | | $284.74 |
| ACCOUNT NO. <br><br> NATIONAL FOOD CORP <br> 808 134TH ST SW <br> BLDG B STE 116 <br> EVERETT, WA 98204 | | | Trade Payable | | | | $167,265.09 |
| ACCOUNT NO. <br><br> NATIONAL MULTIPLE SCLEROSIS SOCIETY GREATER NORTHWEST CHAPTER <br> SEATTLE, WA 98109 | | | Trade Payable | | | | $200.00 |
| ACCOUNT NO. <br><br> NELLA <br> CUTLERY & FOOD MACHINERY <br> SEATTLE, WA 98134 | | | Trade Payable | | | | $2,344.30 |
| ACCOUNT NO. <br><br> NESTLE DSD <br> MARK MILLER <br> 18464 72ND AVE S <br> KENT, WA 98032 | | | Trade Payable | | | | $114,487.76 |

Sheet no.  _62_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 288,009.71

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____,    Case No. __15-11879 (KG)_____
　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NEXT STEP COACHING LLC<br>1116 PEARL STREET<br>ALAMEDA, CA 94501 | | | Trade Payable | | | | $168.00 |
| ACCOUNT NO.<br><br>NFI ENTERPRISES LLC<br>PO BOX 58583<br>SEATTLE, WA 98138 | | | Trade Payable | | | | $1,877.93 |
| ACCOUNT NO.<br><br>NG, HON<br>C/O FRANK PROHASKA<br>1001 FOURTH AVE<br>STE 3200<br>SEATTLE, WA 98154 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NICHOLS, RANDAL<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NOBLE WINE LTD<br>9860 40TH AVE S<br>SEATTLE, WA 98118-5603 | | | Trade Payable | | | | $185.99 |

Sheet no. _63_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 2,231.92

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.** _____,   Case No. __15-11879 (KG)_____
                        Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NORPRO INC<br>2215 MERRILL CREEK PKWY<br>EVERETT, WA 98203 | | | Trade Payable | | | | $1,358.80 |
| ACCOUNT NO.<br><br>NORTHWEST BLADE SERVICE<br>PO BOX 51144<br>SEATTLE, WA 98115-1144 | | | Trade Payable | | | | $1,801.57 |
| ACCOUNT NO.<br><br>NORTHWEST DELIVERY RESOURCES<br>18105 SNOH AVE<br>SNOHOMISH, WA 98296 | | | Trade Payable | | | | $825.00 |
| ACCOUNT NO.<br><br>NORTHWEST HANDLING SYSTEMS INC<br>PO BOX 749861<br>LOS ANGELES, CA 90074-9861 | | | Trade Payable | | | | $3,791.75 |
| ACCOUNT NO.<br><br>NORTHWEST HORTICULTURE<br>3543 SOLUTIONS CENTER<br>PNC #1019829622 LOCKBOX 773543<br>CHICAGO, IL 60677-3005 | | | Trade Payable | | | | $1,123.20 |
| ACCOUNT NO.<br><br>NORTHWEST MARKET SUPPLY<br>2501 21ST AVE SW<br>TUMWATER, WA 98512 | | | Trade Payable | | | | $78.26 |

Sheet no. _64_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 8,978.58

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                        ,          Case No.   15-11879 (KG)
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NORTHWEST WHOLESALE FLORIST<br>525 S FRONT STREET<br>SEATTLE, WA 98108-3312 | | | Trade Payable | | | | $2,670.83 |
| ACCOUNT NO.<br><br>NORTHWESTERN FOOD MERCHANTS<br>8565 SW SALISH LN STE 100<br>WILSONVILLE, OR 97070 | | | Trade Payable | | | | $68.88 |
| ACCOUNT NO.<br><br>NW CARDCO DISTRIBUTING INC<br>3333 SE 89TH STREET<br>OKLAHOMA CITY, OK 73135 | | | Trade Payable | | | | $2,470.23 |
| ACCOUNT NO.<br><br>NW WINDOWS - RAY HERRERA<br>629 KAISER ROAD SW<br>OLYMPIA, WA 98502 | | | Trade Payable | | | | $230.00 |
| ACCOUNT NO.<br><br>NWCR INC<br>PO BOX 1170<br>OREGON CITY, OR 97045 | | | Trade Payable | | | | $275.00 |
| ACCOUNT NO.<br><br>O'TOOLE, TERRANCE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.  65  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 5,714.94

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                                        ,                    Case No.  **15-11879 (KG)**
　　　　　　　　Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OBRC<br>PO BOX 4468<br>PORTLAND, OR 97208 | | | Trade Payable | | | | $978.14 |
| ACCOUNT NO.<br><br>OCEAN BEAUTY SEAFOODS INC - PORTLAND<br>PO BOX 2706<br>PORTLAND, OR 97208 | | | Trade Payable | | | | $10,870.40 |
| ACCOUNT NO.<br><br>OCEAN BEAUTY SEAFOODS INC - SEATTLE<br>PO BOX 70724<br>SEATTLE, WA 98127 | | | Trade Payable | | | | $258,050.92 |
| ACCOUNT NO.<br><br>ODOM WWA NA<br>PO BOX 84044<br>SEATTLE, WA 98124-8444 | | | Trade Payable | | | | $13,060.52 |
| ACCOUNT NO.<br><br>ODWALLA INC<br>PO BOX 742456<br>LOS ANGELES, CA 90074-2456 | | | Trade Payable | | | | $32,075.14 |
| ACCOUNT NO.<br><br>OLD TOWN DELIGHTS<br>41116 N MASON AVE<br>TACOMA, WA 98407 | | | Trade Payable | | | | $674.00 |

Sheet no. __66_ of __105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 315,709.12

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____ ,        Case No.  15-11879 (KG) _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OLYMPIA CHRISTIAN SCHOOL<br>1215 ETHEL STREET NW<br>OLYMPIA, WA 98502 | | | Trade Payable | | | | $3.02 |
| ACCOUNT NO.<br><br>OLYMPIA REGIONAL LEARNING ACADEMY<br>2001 26TH AVE NE<br>OLYMPIA, WA 98506 | | | Trade Payable | | | | $8.66 |
| ACCOUNT NO.<br><br>OLYMPIA SUPPLY CO INC<br>625 S COLUMBIA ST<br>OLYMPIA, WA 98507 | | | Trade Payable | | | | $17.40 |
| ACCOUNT NO.<br><br>OLYMPIC EAGLE DISTRIBUTING-POP<br>1101 N LEVEE RD<br>PUYALLUP, WA 98371 | | | Trade Payable | | | | $1,345.60 |
| ACCOUNT NO.<br><br>OPERATING ADVISORY GROUP<br>ADDRESS ON FILE | | | Trade Payable | | | | $10,000.00 |
| ACCOUNT NO.<br><br>ORAM, VICTORIA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _67_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 11,374.68

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                    ,                    Case No. **15-11879 (KG)**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> OREGON CITY CHAMBER OF COMMERCE <br> 2895 S BEAVERCREEK RD STE 103 <br> OREGON CITY, OR 97045 | | | Trade Payable | | | | $630.00 |
| ACCOUNT NO. <br><br> OUR REDEEMER CHRISTIAN SCHOOL <br> 11611 NE 140TH STREET <br> KIRKLAND, WA 98034 | | | Trade Payable | | | | $0.64 |
| ACCOUNT NO. <br><br> OUTFRONT MEDIA - FORMALLY CBS OUTDOOR <br> PO BOX 33074 <br> NEWARK, NJ 07188-0074 | | | Trade Payable | | | | $750.00 |
| ACCOUNT NO. <br><br> PABLITO'S SALSA COMPANY LLC <br> PO BOX 643 <br> MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $456.55 |
| ACCOUNT NO. <br><br> PACE AT WELLINGTON <br> 6501 NE 195TH STREET <br> WOODINVILLE, WA 98072 | | | Trade Payable | | | | $38.75 |
| ACCOUNT NO. <br><br> PACIFIC PARTY CANOPIES <br> 455 PEASE RD <br> BURLINGTON, WA 98233 | | | Trade Payable | | | | $20.29 |

Sheet no. _68_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,896.23

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,                     Case No._**15-11879 (KG)**_____
                        Debtor                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PACIFIC WELDING SUPPLIES LLC <br> PO BOX 111240 <br> TACOMA, WA 98411-1240 | | | Trade Payable | | | | $185.95 |
| ACCOUNT NO. <br> PANGEA-CDS INC <br> 322  CULVER BLVD. #2 <br> PLAYA DEL RAY, CA 90293 | | | Trade Payable | | | | $5,165.93 |
| ACCOUNT NO. <br> PANORAMA WINDOW & FLOOR CARE <br> 629 SE 28TH PLACE <br> HILLSBORO, OR 97123 | | | Trade Payable | | | | $70.00 |
| ACCOUNT NO. <br> PANTHER BAR FOUNDATION <br> 15316 67TH AVE CT E <br> PUYALLUP, WA 98375 | | | Trade Payable | | | | $425.00 |
| ACCOUNT NO. <br> PAPYRUS-RECYCLED GREETINGS <br> 3613 SOLUTIONS CENTER <br> CHICAGO, IL 60677-3006 | | | Trade Payable | | | | $10,857.33 |
| ACCOUNT NO. <br> PARATEX <br> PO BOX 34560 <br> SEATTLE, WA 98124 | | | Trade Payable | | | | $931.56 |

Sheet no. _69_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 17,635.77

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,      Case No. __15-11879 (KG)_____
            **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PARENT PARTNERSHIP PROGRAM <br> 525 13TH ST SE <br> SNOHOMISH, WA 98290 | | | Trade Payable | | | | $1.04 |
| ACCOUNT NO. <br><br> PARK CITY GROUP <br> 299 S MAIN STREET, SUITE 2370 <br> SALT LAKE CITY, UT 84111 | | | Trade Payable | | | | $10,000.00 |
| ACCOUNT NO. <br><br> PEACEHEALTH ST JOSEPH HOSPITAL <br> 1115 SE 164TH AVE DEPT 332 <br> VANCOUVER, WA 98683-8003 | | | Trade Payable | | | | $1,899.85 |
| ACCOUNT NO. <br><br> PEARL DISTRIBUTING OR POP <br> 16940 SE 130TH AVE <br> CLACKAMAS, OR 97015 | | | Trade Payable | | | | $1,243.52 |
| ACCOUNT NO. <br><br> PEARL DISTRIBUTING WA POP <br> 6363 7TH AVE SOUTH STE 215 <br> SEATTLE, WA 98108 | | | Trade Payable | | | | $2,564.50 |
| ACCOUNT NO. <br><br> PEET'S COFFEE & TEA <br> DEPT 34753 <br> SAN FRANCISCO, CA 94753 | | | Trade Payable | | | | $23,759.94 |

Sheet no. _70_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 39,468.85

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____ ,     Case No. __15-11879 (KG)_____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PEGGS COMPANY, INC. THE<br>PO BOX 907<br>MIRA LOMA, CA 91752 | | | Trade Payable | | | | $2,087.01 |
| ACCOUNT NO.<br><br>PEPPERIDGE FARM INC<br>PO BOX 640758<br>PITTSBURGH, PA 15264 | | | Trade Payable | | | | $14,379.10 |
| ACCOUNT NO.<br><br>PEPSI COLA BOTTLING CO<br>350 NORTH ORLEANS STREET<br>8TH FLOOR<br>LOCKBOX 75948<br>CHICAGO, IL 60654 | | | Trade Payable | | | | $91,511.00 |
| ACCOUNT NO.<br><br>PEPSI COLA CO - OREGON<br>LOCKBOX 75948<br>350 NORTH ORLEANS STREET<br>8TH FLOOR<br>CHICAGO, IL 60654 | | | Trade Payable | | | | $14,152.50 |
| ACCOUNT NO.<br><br>PERFECT FOODS NORTHWEST<br>2835 NE 53RD AVE<br>PORTLAND, OR 97213 | | | Trade Payable | | | | $936.00 |

Sheet no. __71_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 123,065.61

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____,          Case No.__15-11879 (KG)_____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PIONEER ELEMENTARY<br>2301 M STREET SE<br>AUBURN, WA 98002 | | | Trade Payable | | | | $0.94 |
| ACCOUNT NO.<br><br>PIONEER FLORAL IMPORTS INC<br>PO BOX 86630<br>PORTLAND, OR 97286-0630 | | | Trade Payable | | | | $280.41 |
| ACCOUNT NO.<br><br>POGOZONE INTERNET SERVICES<br>PO BOX 974<br>LYNDEN, WA 98264 | | | Trade Payable | | | | $794.95 |
| ACCOUNT NO.<br><br>POLLARDO, LISA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PORTLAND BEE BALM<br>3308 SE 50TH AVE<br>PORTLAND, OR 97206 | | | Trade Payable | | | | $2,250.00 |
| ACCOUNT NO.<br><br>PREMIER TENTS<br>2219 JAMES STREET<br>BELLINGHAM, WA 98277-9704 | | | Trade Payable | | | | $63.57 |

Sheet no. _72_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 3,389.87

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Haggen, Inc._____,    Case No. __15-11879 (KG)_____
                 **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PRITCHARD, JENNIFER <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PRO KARMA INC <br> 8705 SW NIMBUS AVE STE 118 <br> BEAVERTON, OR 97008 | | | Trade Payable | | | | $450.78 |
| ACCOUNT NO. <br><br> PROFORMA -LA / CINCINNATI <br> PO BOX 51925 <br> LOS ANGELES, CA 90051-6255 | | | Trade Payable | | | | $18,771.76 |
| ACCOUNT NO. <br><br> PRUETT, KAREN <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PUGET SOUND COFFEE ROASTERS <br> 655 NE OWL HILL WAY <br> POULSBO, WA 98370 | | | Trade Payable | | | | $40.25 |
| ACCOUNT NO. <br><br> PUREMIST CORPORATION <br> 2810 SE 39TH LOOP STE E <br> HILLSBORO, OR 97123 | | | Trade Payable | | | | $780.72 |

Sheet no. __73_ of __105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 20,043.51

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**                              ,        Case No.  **15-11879 (KG)**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>R & R SERVICES<br>10423 2ND AVE S<br>SEATTLE, WA 98168 | | | Trade Payable | | | | $18,530.37 |
| ACCOUNT NO.<br><br>RAINY DAY FLORAL DISTRIBUTION<br>#386 14241 NE<br>WOODINVILLE, WA 98072 | | | Trade Payable | | | | $6,427.50 |
| ACCOUNT NO.<br><br>RAINY DAYS KITCHEN<br>PO BOX 28878<br>BELLINGHAM, WA 98228 | | | Trade Payable | | | | $804.64 |
| ACCOUNT NO.<br><br>RAIRDON'S CHRYSLER JEEP DODGE OF BELLINGHAM<br>1615 IOWA STREET<br>BELLINGHAM, WA 98229-4706 | | | Trade Payable | | | | $196.73 |
| ACCOUNT NO.<br><br>RAY ROBERTS & ASSOCIATES, INC.<br>2100 196TH SW STE 108<br>LYNNWOOD, WA 98036 | | | Trade Payable | | | | $3,941.83 |
| ACCOUNT NO.<br><br>RED DOG COURIER<br>PO BOX 864<br>BELLEVUE, WA 98009 | | | Trade Payable | | | | $3,484.26 |

Sheet no. _74_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 33,385.33

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                    ,          Case No.   15-11879 (KG)
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>REGISTER TAPE UNLIMITED LP<br>17015 PARK ROW<br>HOUSTON, TX 77084 | | | Trade Payable | | | | $1,200.00 |
| ACCOUNT NO.<br><br>REINO, FRANK<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>REMBERT, SHANNON<br>ADDRESS ON FILE | | | Trade Payable | | | | $27.96 |
| ACCOUNT NO.<br><br>RESERS FINE FOODS INC<br>PO BOX 742958<br>LOS ANGELES, CA 90074-2958 | | | Trade Payable | | | | $13,425.76 |
| ACCOUNT NO.<br><br>RESTAURANT TECHNOLOGIES INC<br>12962 COLLECTIONS DRIVE<br>CHICAGO, IL 60693 | | | Trade Payable | | | | $16,529.72 |
| ACCOUNT NO.<br><br>RETAILDATA LLC (FRMRLY QRS RETAIL)<br>PO BOX 791398<br>BALTIMORE, MD 21279-1398 | | | Trade Payable | | | | $16,558.92 |

Sheet no.  75  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 47,742.36

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Haggen, Inc.                                      ,          Case No.   15-11879 (KG)
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RETAILIX<br>ADDRESS ON FILE | | | Trade Payable | X | | | $8,054.67 |
| ACCOUNT NO.<br>RETALIX USA<br>PO BOX 202325<br>DALLAS, TX 75320-2325 | | | Trade Payable | | | | $7,274.75 |
| ACCOUNT NO.<br>RING OF TREES FARM<br>790 W LARSON RD<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $150.00 |
| ACCOUNT NO.<br>RIVERVIEW ELEMENTARY<br>6322 64TH STREET SE<br>SNOHOMISH, WA 98290 | | | Trade Payable | | | | $47.04 |
| ACCOUNT NO.<br>RLI INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 | | | Contingent Bond Obligations | X | X | | Undetermined |
| ACCOUNT NO.<br>ROIC WASHINGTON LLC<br>PO BOX 749814<br>LOS ANGELES, CA 90074-9814 | | | Trade Payable | | | | $83,643.14 |

Sheet no.  76  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 99,169.60

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No.___**15-11879 (KG)**_____
_____**Debtor**_____                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROOTS & SHOOTS LLC<br>6131 RIVERVIEW ROAD<br>SNOHOMISH, WA 98290 | | | Trade Payable | | | | $492.85 |
| ACCOUNT NO.<br><br>RUAN<br>PO BOX 977<br>DES MOINES, IA 503040977 | | | Trade Payable | | | | $91,684.83 |
| ACCOUNT NO.<br><br>RUG DOCTOR INC<br>PO BOX 849958<br>DALLAS, TX 75284-9958 | | | Trade Payable | X | X | | $6,375.76 |
| ACCOUNT NO.<br><br>RUSSELL STOVER CANDIES INC<br>PO BOX 802231<br>KANSAS CITY, MO 64180-2231 | | | Trade Payable | | | | $13,836.87 |
| ACCOUNT NO.<br><br>S&B ENTERPRISES<br>C/OSHANNON BONNETTE<br>17307 DUNBAR RD<br>MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $952.75 |
| ACCOUNT NO.<br><br>S'WELL BOTTLE<br>50 W 17TH ST, 12TH FLOOR<br>NEW YORK, NY 10011 | | | Trade Payable | | | | $13,225.28 |

Sheet no.__77_of__105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 126,568.34

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No.___15-11879 (KG)_____
             Debtor                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SAFETY NATIONAL CASUALTY CORPORATION 1832 SCHUETZ ROAD ST LOUIS, MO 63146 | | | Contingent Bond Obligations | X | X | | Undetermined |
| ACCOUNT NO. <br><br> SALDIBAR, THERESA ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SALEEB, MARLENE ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SALMON, ANDREW ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SALTWORKS INC. 16240 WOODINVILLE-REDMOND RD. NE WOODINVILLE, WA 98072 | | | Trade Payable | | | | $976.05 |
| ACCOUNT NO. <br><br> SAMMY FOOD PRODUCTS LLC 1350 NW 92ND AVE PORTLAND, OR 97229 | | | Trade Payable | | | | $143.10 |

Sheet no. __78_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 1,119.15

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**_____,    Case No. ___15-11879 (KG)_____
                    **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SANDOVAL, ALFONSO <br> C/O BRUMBACK LAW GROUP <br> PO BOX 3210 <br> UNION GAP, WA 98903 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SANITARY SERVICE CO INC <br> PO BOX 35008 <br> SEATTLE, WA 98124-3408 | | | Trade Payable | | | | $285.66 |
| ACCOUNT NO. <br><br> SAVAGE, MARTHA <br> C/O BARTEK, JOSEPH P. <br> 4911 SILVER BEACH AVENUE <br> BELLINGHAM, WA 98226 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SAVRX ADVANTAGE <br> 224 NORTH PARK AVE <br> FREMONT, NE 68025 | | | Trade Payable | | | | $17.00 |
| ACCOUNT NO. <br><br> SCENIC HILL ELEMENTARY <br> 26025 WOODLAND WAY S <br> KENT, WA 98030 | | | Trade Payable | | | | $1.35 |
| ACCOUNT NO. <br><br> SCHEMENAUER, RONALD <br> C/O JAMES R. WALSH <br> PO BOX 2028 <br> LYNNWOOD, WA 98036 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _79_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 304.01

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.**_____,        Case No.___15-11879 (KG)_____
               Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCHMIDT'S DEODORANT<br>6936 SE MALL STREET<br>PORTLAND, OR 97206 | | | Trade Payable | | | | $234.00 |
| ACCOUNT NO.<br><br>SCHNELL, GLORIA<br>18653 WEST BIG LAKE BLVD<br>MOUNT VERNON, WA 98274 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCHWAN'S CONSUMER BRANDS<br>PO BOX 532066<br>ATLANTA, GA 30353 | | | Trade Payable | | | | $81,205.97 |
| ACCOUNT NO.<br><br>SCOTT M INC<br>PO BOX 2982<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $850.00 |
| ACCOUNT NO.<br><br>SCRIPTPRO USA INC<br>PO BOX 809004<br>KANSAS CITY, MO 64180-9004 | | | Trade Payable | | | | $1,973.64 |
| ACCOUNT NO.<br><br>SECURITY SOLUTIONS<br>1619 N STATE ST<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $30,838.18 |

Sheet no. _80_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 115,101.79

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                              ,          Case No.   15-11879 (KG)
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SEHOME <br> 210 36TH ST <br> BELLINGHAM, WA 98225-6540 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SELECT-A-VISION <br> 4 BLUE HERON DRIVE <br> COLLEGEVILLE, PA 19426 | | | Trade Payable | | | | $10,389.01 |
| ACCOUNT NO. <br><br> SERRES GREENHOUSE & FARM <br> 14620 S FORSYTHE RD <br> OREGON CITY, OR, 97045 | | | Trade Payable | | | | $6,476.25 |
| ACCOUNT NO. <br><br> SHARPS COMPLIANCE INC <br> PO BOX 52792 <br> LAFAYETTE, LA 70505-2792 | | | Trade Payable | | | | $15.83 |
| ACCOUNT NO. <br><br> SHELL OIL COMPANY <br> PO BOX 689010 <br> DES MOINES, IA 50368-9010 | | | Trade Payable | | | | $7,664.75 |
| ACCOUNT NO. <br><br> SHRED-IT USA <br> PO BOX 101007 <br> PASADENA, CA 91189-1007 | | | Trade Payable | | | | $1,215.57 |

Sheet no.  81  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 25,761.41

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen, Inc.**                                              ,          Case No.   **15-11879 (KG)**
                       **Debtor**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SIGNATURE GRAPHICS 15040 NE MASON ST PORTLAND, OR 97230 | | | Trade Payable | | | | $83,456.89 |
| ACCOUNT NO.  SIGNMART 1515 A FREEWAY DR MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $771.10 |
| ACCOUNT NO.  SIMPLY SWEET IDEAS 14162 CANYON RIDGE CIRCLE OREGON CITY, OR, 97045 | | | Trade Payable | | | | $172.40 |
| ACCOUNT NO.  SISTERS BAKING COMPANY 7229 212TH ST SW UNIT C EDMONDS, WA 98026-7960 | | | Trade Payable | | | | $111.48 |
| ACCOUNT NO.  SIX, SHANNON ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.  SKAGGS, REBECCA L. ADDRESS ON FILE | | | Deferred Compensation | | X | | $259,636.00 |

Sheet no. _82_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 344,147.87

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,    Case No.___15-11879 (KG)_____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SKAGIT PUBLISHING<br>C/O ISJ PAYMENT PROCESSING CENTER<br>PO BOX 1570<br>POCATELLO, ID 83204-1570 | | | Trade Payable | | | | $10,357.46 |
| ACCOUNT NO.<br>SKAGIT SUN-KRUSE FARMS<br>PO BOX 100<br>LACONNER, WA 98257 | | | Trade Payable | | | | $1,796.00 |
| ACCOUNT NO.<br>SKOTDAL ENTERPRISES INC<br>PO BOX 5267<br>EVERETT, WA 98206-5267 | | | Trade Payable | | | | $95,362.96 |
| ACCOUNT NO.<br>SKY HARVEST PRODUCE<br>13330 PULVER RD<br>MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $3,604.00 |
| ACCOUNT NO.<br>SKYLARK INTERANTIONAL INC.<br>1108 272ND PL. SE<br>SAMMAMISH, WA 98075 | | | Trade Payable | | | | $856.00 |

Sheet no. _83_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 111,976.42

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____,    Case No. ___15-11879 (KG)_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SMITH, KRISTINA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMITH, TIMOTHY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SNOHOMISH COUNTY PUD<br>PO BOX 1100<br>EVERETT, WA 98201 | | | Trade Payable | | | | $223.60 |
| ACCOUNT NO.<br><br>SNOHOMISH HIGH SCHOOL<br>1316 5TH STREET<br>SNOHOMISH, WA 98290 | | | Trade Payable | | | | $91.18 |
| ACCOUNT NO.<br><br>SNYDER, MARK<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SOUND BEVERAGE<br>3901 AIRPORT WY<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $562.26 |

Sheet no. _84_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 877.04

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Haggen, Inc.** _____,    Case No. **15-11879 (KG)** _____
  Debtor                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOUND BEVERAGE POP<br>3901 AIRPORT WY<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $12,397.56 |
| ACCOUNT NO.<br><br>SOUND PUBLISHING INC<br>11323 COMMANDO RD W<br>UNIT MAIN<br>EVERETT, WA 98204-3532 | | | Trade Payable | | | | $9,965.54 |
| ACCOUNT NO.<br><br>SPECIALTY FROZEN<br>DISTRIBUTING<br>303 91ST AVE NE E502-10<br>LAKE STEVENS, WA 98258 | | | Trade Payable | | | | $5,475.59 |
| ACCOUNT NO.<br><br>SPICE HUT CORPORATION<br>131 WEST KELLOGG ROAD<br>BELLINGHAM, WA 98226 | | | Trade Payable | | | | $1,610.15 |
| ACCOUNT NO.<br><br>ST PIUS X SCHOOL<br>22105 58TH AVE W<br>MOUNTLAKE TERRACE, WA 98043 | | | Trade Payable | | | | $0.85 |
| ACCOUNT NO.<br><br>ST. MARK PARISH SCHOOL<br>18033 15TH PLACE NE<br>SHORELINE, WA 98155 | | | Trade Payable | | | | $0.76 |

Sheet no. _85_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 29,450.45

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                    ,          Case No.   15-11879 (KG)
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>STANWOOD CAMANO NEWS-ADVERTISING<br>PO BOX 999<br>STANWOOD, WA 98292-0999 | | | Trade Payable | | | | $1,297.45 |
| ACCOUNT NO.<br>STAPLES ADVANTAGE<br>PO BOX 83689<br>CHICAGO, IL 60696-3689 | | | Trade Payable | | | | $8,761.31 |
| ACCOUNT NO.<br>STEAMBOAT JUNCTION<br>PO BOX 11<br>CURTIS, WA 98538 | | | Trade Payable | | | | $1,821.00 |
| ACCOUNT NO.<br>STEDMAN SOLUTIONS, LLC<br>PO BOX 3175<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $866.25 |
| ACCOUNT NO.<br>STEWART FOODS INC<br>THE BANK OF THE PACIFIC<br>PO BOX 1826<br>ABERDEEN, WA 98520-0302 | | | Trade Payable | | | | $30,622.67 |
| ACCOUNT NO.<br>STIEBS FARMS<br>PO BOX 598<br>YELM, WA 98597 | | | Trade Payable | | | | $423.12 |

Sheet no.  86  of  105  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 43,791.80

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                    ,                    Case No.   **15-11879 (KG)**
_____Debtor_____                                                              _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STIERWALT, SHANNON<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STOCKFOOD AMERICA INC<br>109 LAFAYETTE CENTER<br>KENNEBUNK, ME 4043 | | | Trade Payable | | | | $450.00 |
| ACCOUNT NO.<br><br>STONER ELECTRIC INC<br>1904 SE OCHOCO STREET<br>MILWAUKIE, OR 97222-7315 | | | Trade Payable | | | | $125.00 |
| ACCOUNT NO.<br><br>STONEY CREEK<br>PO BOX 1641<br>BUCKLEY, WA 98321 | | | Trade Payable | | | | $627.00 |
| ACCOUNT NO.<br><br>STOW-IT<br>PO BOX 669<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $17.39 |
| ACCOUNT NO.<br><br>STROM, CAROL<br>ADDRESS ON FILE | | | Potential General Liability Claim | X | X | X | Undetermined |

Sheet no.  _87_ of  _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        | $ 1,219.39 |

Total ▶        | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc._____,        Case No.  15-11879 (KG)_____
              **Debtor**                                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> STUCZYNSKI, KELLIE <br> C/O DAVID VAIL <br> PO BOX 5707 <br> TACOMA, WA 98415 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br> SUKIASIAN, DEBRA <br> C/O ANTICOUNI & ASSOCIATES PC <br> 1224 COAST VILLAGE CIRCLE SUITE 16 <br> SANTA BARBARA, CA 93108 | | | Potential Legal Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br> SUMMIT EXPEDITIONARY ACADEMY <br> 7430 276TH STREET NW <br> STANWOOD, WA 98282 | | | Trade Payable | | | | $26.84 |
| ACCOUNT NO. <br> SUMMITVIEW ELEMENTARY <br> 6305 W CHESTNUT <br> YAKIMA, WA 98908 | | | Trade Payable | | | | $1.68 |
| ACCOUNT NO. <br> SUMO LOGIC <br> 305 MAIN STREE <br> REDWOOD CITY, CA 94063 | | | Trade Payable | | | | $2,608.80 |

Sheet no. _88_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 2,637.32

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Haggen, Inc.                                    ,          Case No.   15-11879 (KG)
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUN, ZHONG FA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SUNCHASER PRODUCTS, LLC<br>12120 NE 172ND PLACE<br>UNIT #L302<br>BOTHELL, WA 98011 | | | Trade Payable | | | | $9,630.00 |
| ACCOUNT NO.<br><br>SUPERVALU RECEIVABLES FUNDING CORP<br>ATTN: RETAIL ACCOUNTING<br>101 JEFFERSON AVE S.<br>HOPKINS, MN 55343 | | | Trade Payable | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SWANS TRAIL FARMS<br>7301 RIVERSHORE<br>SNOHOMISH, WA 98290 | | | Trade Payable | | | | $3,120.00 |
| ACCOUNT NO.<br><br>SWINOMISH FISH COMPANY<br>PO BOX 267<br>LA CONNER, WA 98257 | | | Trade Payable | | | | $17,246.50 |

Sheet no.  89  of  105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 29,996.50

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.** _____ ,          Case No.   **15-11879 (KG)** _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  T & L NURSERY  TISSUES & LINERS 13245 WOODINVILLE-REDMOND RD REDMOND, WA 98052 | | | Trade Payable | | | | $40,971.99 |
| ACCOUNT NO.  T.C. FAREAST 7501 8TH AVENUE NE SEATTLE, WA 98115 | | | Trade Payable | | | | $439.61 |
| ACCOUNT NO.  TABLEAU SOFTWARE INC 837 NORTH 34TH ST STE 400 SEATTLE, WA 98103 | | | Trade Payable | | | | $10,870.00 |
| ACCOUNT NO.  TALX UC EXPRESS 4076 PAYSHERE CIRCLE CHICAGO, IL 60674 | | | Trade Payable | | | | $3,551.21 |
| ACCOUNT NO.  TANASACRES NURSERY INC PO BOX 91520 PORTLAND, OR 97291 | | | Trade Payable | | | | $1,522.06 |

Sheet no. _90_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 57,354.87

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____ ,        Case No. **15-11879 (KG)** _____
       <u>Debtor</u>                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TASHIRO, YUKIO <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TCO OLYMPIC GATEWAY SHOPPING CT <br> C/O PACIFIC ASSET ADVISORS INC <br> 600 108TH AVE NE STE 530 <br> BELLEVUE, WA 98004 | | | Trade Payable | | | | $3,693.80 |
| ACCOUNT NO. <br><br> TERADATA <br> 14753 COLLECTIONS CENTER DR <br> CHICAGO, IL 60693 | | | Trade Payable | | | | $13,419.83 |
| ACCOUNT NO. <br><br> TERRACE HEIGHTS ELEMENTARY <br> 2002 BEAUDRY ROAD UNTIL JANUARY THEN SAME AS ABOVE <br> YAKIMA, WA 98901 | | | Trade Payable | | | | $0.05 |
| ACCOUNT NO. <br><br> THE HONEST COMPANY <br> 2700 PENNSYLVANIA AVE <br> SANTA MONICA, CA 90404 | | | Trade Payable | | | | $9,858.91 |

Sheet no. _91_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 26,972.59

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   | $

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Haggen, Inc.**                                    ,          Case No. **15-11879 (KG)**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE MOUNT BAKERY<br>DBA THE MOUNT BAKERY<br>BELLINGHAM, WA 98229 | | | Trade Payable | | | | $411.60 |
| ACCOUNT NO.<br><br>THE NIELSEN COMPANY LLC<br>PO BOX 88956<br>CHICAGO, IL 60695-8956 | | | Trade Payable | | | | $28,736.80 |
| ACCOUNT NO.<br><br>THE ODOM CORPORATION<br>C/O SOUTHERN WINE & SPIRITS<br>9805 SW BOECKMAN RD.<br>WILSONVILLE, OR 97070-9282 | | | Trade Payable | | | | $2,351.00 |
| ACCOUNT NO.<br><br>THE VARO SUNFLOWERS<br>1400 N 30TH STREET #101<br>MOUNT VERNON, WA 98273 | | | Trade Payable | | | | $3,392.00 |
| ACCOUNT NO.<br><br>THE WOODS COFFEE<br>191 18TH STREET<br>LYNDEN, WA 98264 | | | Trade Payable | | | | $2,117.25 |
| ACCOUNT NO.<br><br>TIEDEMAN, EDNA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _92_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 37,008.65

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                    ,            Case No.   **15-11879 (KG)**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TIM'S CASCADE SNACKS<br>1150 INDUSTRY DR N<br>ALGONA, WA 98001 | | | Trade Payable | | | | $59,020.01 |
| ACCOUNT NO.<br><br>TNG-WAS NEWS GROUP<br>3995 70TH AVE E STE B<br>FIFE, WA 98424 | | | Trade Payable | | | | $262,870.80 |
| ACCOUNT NO.<br><br>TONKON TORP LLP<br>1600 PIONEER TOWER<br>888 SW FIFTH AVE<br>PORTLAND, OR 97204 | | | Trade Payable | | | | $12,328.27 |
| ACCOUNT NO.<br><br>TONY'S COFFEE & TEAS INC<br>PO BOX 31340<br>BELLINGHAM, WA 98228-3340 | | | Trade Payable | | | | $82,617.63 |
| ACCOUNT NO.<br><br>TONY'S SMOKEHOUSE<br>1316 WASHINGTON ST<br>OREGON CITY, OR 97045 | | | Trade Payable | | | | $1,763.74 |
| ACCOUNT NO.<br><br>TOP MERIDIAN LLC<br>5209 LAKE WASHINGTON BLVD NE<br>KIRKLAND, WA 98033 | | | Trade Payable | | | | $121,548.53 |

Sheet no. _93_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 540,148.98

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Haggen, Inc.** _____,    Case No. __15-11879 (KG)_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TOTAL CLEANING SOLUTIONS INC<br>13375 SW HENRY STREET<br>BEAVERTON, OR 97005 | | | Trade Payable | | | | $38,250.00 |
| ACCOUNT NO.<br>TOWL, KELLY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br>TOWSE, NATALIE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br>TOYOTA OF OLYMPIA<br>2225 CARRIAGE STREET SW<br>OLYMPIA, WA 98502 | | | Trade Payable | | | | $1,183.57 |
| ACCOUNT NO.<br>TRI STATE DISTRIBUTION<br>PO BOX 600<br>SPARTA, TN 38583 | | | Trade Payable | | | | $27,139.95 |
| ACCOUNT NO.<br>TRIBUNE<br>PO BOX 499<br>SNOHOMISH, WA 98290 | | | Trade Payable | | | | $659.99 |

Sheet no. _94_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 67,233.51

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**_____,          Case No. __15-11879 (KG)_____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TRIPLE B CORPORATION<br>PO BOX 24606<br>SEATTLE, WA 98124 | | | Trade Payable | | | | $4,789.62 |
| ACCOUNT NO.<br><br>TROPICANA CHILLED DSD<br>75 REMITTANCE DR - STE 1856<br>CHICAGO, IL 60675-1856 | | | Trade Payable | | | | $10,185.33 |
| ACCOUNT NO.<br><br>U KONSERVE<br>7030 EAST FIFTH AVE<br>SUITE 2<br>SCOTTSDALE, AZ 85251 | | | Trade Payable | | | | $6,346.04 |
| ACCOUNT NO.<br><br>UG MARKET CENTRE<br>PO BOX 3763<br>SEATTLE, WA 98124 | | | Trade Payable | | | | $652,361.83 |
| ACCOUNT NO.<br><br>ULTIMATE SOFTWARE<br>ATTN: ACCOUNTING DEPT<br>1485 NORTH PARK DR<br>WESTON, FL 33326 | | | Trade Payable | | | | $3,539.87 |
| ACCOUNT NO.<br><br>UNATA INC.<br>504 WELLINGTON ST WEST<br>2ND FLOOR<br>TORONTO, ON M5V1E3 CANADA | | | Trade Payable | | | | $165,625.00 |

Sheet no. _95_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 842,847.69

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Haggen, Inc.**                                      ,          Case No.   **15-11879 (KG)**
_____          _____
                        **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNIFIED GROCERS<br>PO BOX 3763<br>SEATTLE, WA 98124 | | | Trade Payable | | | | $5,160,230.87 |
| ACCOUNT NO.<br><br>UNION GAP SCHOOL DIST<br>3201 S 4TH STREET<br>UNION GAP, WA 98903 | | | Trade Payable | | | | $0.06 |
| ACCOUNT NO.<br><br>UP WITH PAPER<br>6049 HI - TEK CT<br>MASON, OH 45040-2603 | | | Trade Payable | | | | $2,327.50 |
| ACCOUNT NO.<br><br>UPS - LOS ANGELES<br>PO BOX 894820<br>LOS ANGELES, CA 90189-4820 | | | Trade Payable | | | | $45.20 |
| ACCOUNT NO.<br><br>US SCRIPT<br>2425 WEST SHAW AVENUE<br>FRESNO, CA 93711 | | | Trade Payable | | | | $1,618.74 |
| ACCOUNT NO.<br><br>UTSALADY FARM<br>1306 N ARROWHEAD RD<br>CAMANO ISLAND, WA 98282 | | | Trade Payable | | | | $513.00 |

Sheet no. _96_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 5,164,735.37

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                    ,        Case No.   **15-11879 (KG)**
　　　　　　　**Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VALASSIS DIRECT MAIL INC<br>FILE 70179<br>LOS ANGELES, CA 90074-0179 | | | Trade Payable | | | | $71,157.56 |
| ACCOUNT NO.<br><br>VALDIVIA, LUZ<br>26006 116TH AVE. SE<br>KENT, WA 98030 | | | Potential General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VALLEY HARVEST PRODUCTS<br>1164 INDUSTRY DR<br>TUKWILLA, WA 98188 | | | Trade Payable | | | | $171.88 |
| ACCOUNT NO.<br><br>VANDEHEY, NANCY<br>C/O ROBINSON & KOLE<br>911 DUPONT ST<br>BELLINGHAM, WA 98225 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VAXSERVE<br>12566 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | | Trade Payable | | | | $13,650.30 |
| ACCOUNT NO.<br><br>VEDIC MIX<br>420 209TH PL SE<br>SAMMAMISH, WA 98076 | | | Trade Payable | | | | $653.76 |

Sheet no. _97_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 85,633.50

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc. _____ ,         Case No. __15-11879 (KG)_____
                    **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VEHRS INC<br>3808 N SULLIVAN RD BLDG 11<br>SPOKANE, WA 99216-1616 | | | Trade Payable | | | | $518.90 |
| ACCOUNT NO.<br><br>VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX 75266-0108 | | | Trade Payable | | | | $152.53 |
| ACCOUNT NO.<br><br>VESTCOM<br>PO BOX 416225<br>BOSTON, MA 02241-6225 | | | Trade Payable | X | X | | $11,502.30 |
| ACCOUNT NO.<br><br>VIDEO MANAGEMENT<br>9610 40TH AVE SW #110<br>LAKEWOOD, WA 98499 | | | Trade Payable | | | | $124.75 |
| ACCOUNT NO.<br><br>VIENNA CLEANERS<br>206 E MAGNOLIA<br>BELLINGHAM, WA 98225 | | | Trade Payable | | | | $3,816.89 |
| ACCOUNT NO.<br><br>VINUM WINE IMPORTING & DISTRIBUTING LLC<br>13316 171ST AVE NE<br>REDMOND, WA 98052 | | | Trade Payable | | | | $180.42 |

Sheet no. _98_ of _105_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 16,295.79

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                              ,        Case No.   15-11879 (KG)
                    Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VOORTMAN COOKIES LTD <br> PO BOX 4562 <br> BUFFALO, NY 14240-4562 | | | Trade Payable | | | | $8,357.44 |
| ACCOUNT NO. <br><br> WAFFLE LADY LLC <br> 20225 S MAY ROAD <br> OREGON CITY, OR 97045 | | | Trade Payable | | | | $324.00 |
| ACCOUNT NO. <br><br> WALKER, KATHERINE <br> C/O TACOMA INJURY LAW GROUP <br> PO BOX 1113 <br> TACOMA, WA 984011113 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WALTON BEVERAGE CO <br> 1350 PACIFIC PLACE <br> FERNDALE, WA 98248 | | | Trade Payable | | | | $139,758.40 |
| ACCOUNT NO. <br><br> WANLIN, JEFF <br> C/O ROBINSON & KOLE <br> 911 DUPONT <br> BELLINGHAM, WA 98225 | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WARD, TEASHA <br> ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _99_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶                $ 148,439.84

Total ▶
(Use only on last page of the completed Schedule F.)                $
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                      ,                Case No.   **15-11879 (KG)**
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WASHINGTON FLORAL SERVICE INC<br>2701 S 35TH ST<br>TACOMA, WA 98409 | | | Trade Payable | | | | $5,716.05 |
| ACCOUNT NO.<br><br>WASHINGTON STATE DEPT OF TRANSPORTATION<br>CASHIER<br>PO BOX 47305<br>OLYMPIA, WA 98504-7305 | | | Trade Payable | | | | $683.00 |
| ACCOUNT NO.<br><br>WASTE MANAGEMENT NORTHWEST<br>PO BOX 541065<br>LOS ANGELES, CA 90054-1065 | | | Trade Payable | | | | $99.40 |
| ACCOUNT NO.<br><br>WATSON, ADAM<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WEBB, SHARON RUTH<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no.   100  of  105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 6,498.45

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____ ,          Case No. **15-11879 (KG)** _____
_____Debtor_____                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WELDCO<br>PO BOX 428<br>BELLINGHAM, WA 98227 | | | Trade Payable | | | | $840.00 |
| ACCOUNT NO.<br><br>WELLPARTNER<br>20800 SW 115TH AVENUE<br>SUITE 100<br>TUALATIN, OR 97062 | | | Trade Payable | | | | $187,816.90 |
| ACCOUNT NO.<br><br>WENTZ, MELANIE<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WEST COAST FIBER<br>PO BOX 249<br>SUMNER, WA 98390 | | | Trade Payable | | | | $902.70 |
| ACCOUNT NO.<br><br>WEST VIEW ELEMENTARY SCHOOL<br>515 WEST VICTORIA AVE<br>BURLINGTON, WA 98233 | | | Trade Payable | | | | $14.05 |
| ACCOUNT NO.<br><br>WESTERN BEVERAGE -POP<br>18300 NE PORTAL WAY<br>PORTLAND, OR 97230 | | | Trade Payable | | | | $324.99 |

Sheet no. _101_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 189,898.64

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.**                                              ,          Case No.   **15-11879 (KG)**
         **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WESTON HIGH SCHOOL<br>4407 172ND ST<br>ARLINGTON, WA 98223 | | | Trade Payable | | | | $3.12 |
| ACCOUNT NO.<br><br>WHATCOM OLD SETTLERS ASSOCIATION<br>PO BOX 993<br>FERNDALE, WA 98248 | | | Trade Payable | | | | $350.00 |
| ACCOUNT NO.<br><br>WILCOX, PAUL<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILD THINGS SNACKS INC<br>1416 NW 46TH STREET<br>SUITE 105, PMB 123<br>SEATTLE, WA 98107 | | | Trade Payable | | | | $105.00 |
| ACCOUNT NO.<br><br>WILD, JOSHUA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |

Sheet no. _102_ of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 458.12

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                        ,                    Case No.   15-11879 (KG)
                          Debtor                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILLIAM MORRIS AND ALL OTHERS SIMILARLY SITUATED C/O DA VEGA FISHER MECHTENBERG LLP 232 E. ANAPAMU ST. SANTA BARBARA, CA 93101 | | | Potential Legal Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILLIAMS FAMILY SALSA 545 4TH ST. BREMERTON, WA 98337 | | | Trade Payable | | | | $480.00 |
| ACCOUNT NO.<br><br>WILLIAMS, TAYLER ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WINDY MEADOW NURSERY 7020 DAHLBERG RD FERNDALE, WA 98248 | | | Trade Payable | | | | $491.25 |
| ACCOUNT NO.<br><br>WIS INTERNATIONAL PO BOX 200081 DALLAS, TX 75320-0081 | | | Trade Payable | X | X | | $45,956.11 |

Sheet no.   103  of  105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 46,927.36

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) – Cont.

In re  Haggen, Inc.                                    ,          Case No.   15-11879 (KG)
            **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WONDERLING, BRADFORD<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WOOD, JESSICA<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WOODSTOCK MEDIA GROUP/ON-HOLD CONCEPTS<br>7121 27TH ST W<br>UNIVERSITY PLACE, WA 98466-4623 | | | Trade Payable | | | | $14.67 |
| ACCOUNT NO.<br><br>WPXCOURIER LLC<br>C/O ACCOUNTING DEPT.<br>SANTA CLARA, CA 95052 | | | Trade Payable | | | | $7,537.27 |
| ACCOUNT NO.<br><br>ZAW FOOD S BEVERAGE WA LLC<br>434A YALE AVE NORTH<br>SEATTLE, WA 98109 | | | Trade Payable | | | | $13,907.40 |

Sheet no.  104  of  105  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 21,459.34

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Haggen, Inc.** _____ ,     Case No. __15-11879 (KG)_____
                        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ZEILER, CINDY<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ZENNER'S QUALITY MEAT PRODUCTS<br>PO BOX 10084<br>PORTLAND, OR 97296-0084 | | | Trade Payable | | | | $871.13 |
| ACCOUNT NO.<br><br>ZHAO-LINDWALL, XIAO-PING<br>ADDRESS ON FILE | | | Potential Workers Compensation Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ZIAN LIMITED PARTNERSHIP<br>C/O ANDERSEN CONSTRUCTION CO<br>6712 N CUTTER CIRCLE<br>PORTLAND, OR 97217 | | | Trade Payable | | | | $74,839.54 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _105_of _105_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 75,710.67

Total ▶   $ 28,951,803.13 + Undetermined Amounts

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re __Haggen, Inc._____,          Case No. __15-11879 (KG)_____
            **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide
the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John
Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BARKLEY VILLAGE PARTNERS<br>2211 RIMLAND DR.<br>STE. 104<br>BELLINGHAM, WA 98226 | Lease re: 2900 Woburn St. |
| CARR-GOTTSTEIN PROPERTIES<br>ATTN: CHIEF FINANCIAL OFFICER<br>550 WEST 7TH AVE.<br>STE. 1540<br>ANCHORAGE, AK 99501 | Lease re: 1313 Cooper Pt. Rd. |
| DOWNTOWN WOODINVILLE, L.L.C.<br>ADDRESS ON FILE | Lease re: 17641 Garden Way NE |
| LAKELAND TOWN CENTER, L.L.C.<br>ADDRESS ON FILE | Lease re: 1406 Lake Tapps Pkwy. |
| MGP X DHP, LLC<br>C/O MERLONE GEIER - ATTN:LEASE ADM.<br>425 CALIFORNIA STREET ELEVENTH FLOOR<br>SAN FRANCISCO, CA 94104 | Lease re: 1401 12th St. |
| MGP X DHP, LLC<br>C/O MERLONE GEIER - ATTN:LEASE ADM.<br>425 CALIFORNIA STREET ELEVENTH FLOOR<br>SAN FRANCISCO, CA 94104 | Lease re: 2814 Meridian St. |

B6G (Official Form 6G) (12/07) – Cont.

In re __Haggen, Inc._____,        Case No. __15-11879 (KG)_____
                        Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MGP X PROPERTIES, LLC<br>3580 CARMEL MOUNTAIN RD.<br>STE. 260<br>SAN DIEGO, CA 92130 | Lease re: 3711 88th St. N.E. |
| MGP X REIT, LLC<br>C/O MERLONE GEIER MANAGEMENT, LLC<br>ATTN: LEASE ADMINISTRATION<br>425 CALIFORNIA ST., 11TH FL.<br>SAN FRANCISCO, CA 94104 | Lease re: 210 36th St. |
| MGP X REIT, LLC<br>C/O MERLONE GEIER MANAGEMENT, LLC<br>ATTN: LEASE ADMINISTRATION<br>425 CALIFORNIA ST., 11TH FL.<br>SAN FRANCISCO, CA 94104 | Lease re: 2601 East Division |
| MGP X REIT, LLC<br>C/O MERLONE GEIER MANAGEMENT, LLC<br>ATTN: LEASE ADMINISTRATION<br>425 CALIFORNIA ST., 11TH FL.<br>SAN FRANCISCO, CA 94104 | Lease re: 757 Haggen Dr. |
| MGP X REIT, LLC<br>C/O MERLONE GEIER MANAGEMENT, LLC<br>ATTN: LEASE ADMINISTRATION<br>425 CALIFORNIA ST., 11TH FL.<br>SAN FRANCISCO, CA 94104 | Lease re: 26603 72nd Ave. N.W. |
| MGP X REIT, LLC<br>C/O MERLONE GEIER MANAGEMENT, LLC<br>ATTN: LEASE ADMINISTRATION<br>425 CALIFORNIA ST., 11TH FL.<br>SAN FRANCISCO, CA 94104 | Lease re: 1815 Main St. |
| ROIC WASHINGTON, LLC<br>C/O RETAIL OPPORTUNITY INVESTMENTS CORP.<br>8905 TOWNE CENTRE DR.<br>STE.108<br>SAN DIEGO, CA 92112 | Lease re: 8915 Market Pl. NE |

B6G (Official Form 6G) (12/07) – Cont.

In re  Haggen, Inc.                                          ,          Case No.  15-11879 (KG)
                    Debtor                                                                   (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SKOTDAL ENTERPRISES INC.<br>ADDRESS ON FILE | Lease re: 1301 Ave. D |
| STEWART'S FOOD, INC.<br>C/O BROWN, LEWIS, JANHUNEN & SPENCER<br>101 E. MARKET ST.<br>STE. 501<br>ABERDEEN, WA 98520 | Lease re: 1213 E. Wishkah St. |
| TOP MERIDIAN, LLC<br>ADDRESS ON FILE | Lease re: 201 37th Ave. S.E. |
| TRAILS END MARKETPLACE, LLC<br>11811 SE HWY. 212<br>CLACKAMAS, OR 97015 | Lease re: 19701 Hwy. 213 |
| TRIPLE "B" CORPORATION<br>4103 SECOND AVE. S.<br>SEATTLE, WA 98124 | Lease re: 3800  First Ave. South |
| ZIAN LIMITED PARTNERSHIP<br>C/O ANDERSEN CONSTRUCTION CO., INC.<br>6712 N. CUTTER CIR.<br>PORTLAND, OR 97217 | Lease re: 8515 S.W. Tualatin Sherwood Rd. |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re   Haggen, Inc.                                                                                    ,       Case No.   15-11879 (KG)
                                  Debtor                                                            (if known)

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See attached rider | |

**In re: Haggen, Inc.**                                      **Case No. 15-11879 (KG)**

### Schedule H - Co-Debtor Rider

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| HAGGEN ACQUISITION, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN ACQUISITION, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |
| HAGGEN OPCO NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN OPCO NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |
| HAGGEN OPCO SOUTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN OPCO SOUTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |
| HAGGEN OPERATIONS HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | PNC BANK, NATIONAL ASSOCIATION<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 |
| HAGGEN OPERATIONS HOLDINGS, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 | HAGGEN PROPERTY SOUTH, LLC & HAGGEN PROPERTY NORTH, LLC<br>2211 RIMLAND DRIVE<br>BELLINGHAM, WA 98226 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In Re : Haggen, Inc.                                                         Case No. 15-11879 (KG)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                  Debtor

Date _____          Signature: _____
                                                                          (Joint Debtor, if any)

                              [If joint case, both spouses must sign.]

..........................................................................................................................................

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                                    ( Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

X _____          _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

..........................................................................................................................................

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the <u>Chief Financial Officer</u> [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the <u>Corporation</u> [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date____10/12/2015_____          Signature :  \s\ Blake Barnett _____

                                                              Blake Barnett _____
                                                              [Print or type name of individual signing on behalf of debtor.]

            *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

..........................................................................................................................................

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*